COPY

1  KILPATRICK TOWNSEND & STOCKTON LLP
   Emil W. Herich (SBN 116783)
2  eherich@kilpatricktownsend.com
   9720 Wilshire Blvd.
3  Los Angeles, CA 90212
   Telephone: (310) 777-3730
4  Facsimile: (310) 388-5364

5  KILPATRICK TOWNSEND & STOCKTON LLP
   Steven D. Moore (SBN 290875)
6  smoore@kilpatricktownsend.com
   Eighth Floor, Two Embarcadero Center
7  San Francisco, CA 94111
   Telephone: (415) 273-4741
8  Facsimile: (415) 651-8510

9  KILPATRICK TOWNSEND & STOCKTON LLP
   Erwin L. Cena (SBN 272960)
10 ecena@kilpatricktownsend.com
   Suite 400, 12730 High Bluff Dr.
11 San Diego, CA 92130
   Telephone: (858) 350-6162
12 Facsimile: (858) 350-6111

13

14 Attorneys for Plaintiff MAG Aerospace
   Industries, Inc.

15

16

17                   UNITED STATES DISTRICT COURT

18                  CENTRAL DISTRICT OF CALIFORNIA

19                         WESTERN DIVISION

20

21 MAG AEROSPACE INDUSTRIES,        CASE NO. CV13-06089-JFW
   INC., a Delaware Corporation               (FFMx)
22
              Plaintiff,
23                                  COMPLAINT FOR PATENT
   v.                               INFRINGEMENT AND DEMAND
24                                  FOR JURY TRIAL
   B/E AEROSPACE, INC., a Florida
25 corporation,

26            Defendant.

27

28

COMPLAINT FOR PATENT INFRINGEMENT                              1

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1       Plaintiff MAG Aerospace Industries, Inc. ("MAG Aerospace") hereby files

2   this Complaint and Jury Demand against Defendant B/E Aerospace, Inc. ("B/E

3   Aerospace"), and alleges as follows:

**JURISDICTION**

5       1.    This Court has jurisdiction over the subject matter of this action

6   pursuant to 35 U.S.C. §§ 271 *et seq.* and 28 U.S.C. §§ 1331 and 1338. This Court

7   has personal jurisdiction over B/E Aerospace because, upon information and belief,

8   B/E Aerospace has committed and continues to commit acts of patent infringement

9   within the Central District of California, and because B/E Aerospace has facilities

10  in and continuously and systematically conducts business within the Central

11  District of California.

**VENUE**

13      2.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and

14  1400(b) because a substantial part of the events giving rise to the claims at issue

15  occurred in this district and because B/E Aerospace, which has places of business in

16  Anaheim, California, Carson, California, and Corona, California, resides within this

17  judicial district.

**NATURE OF THE ACTION**

19      3.    This is an action for patent infringement arising under the patent laws

20  of the United States, 35 U.S.C. § 271, *et seq.* arising from Defendant's acts of

21  infringement of United States Patent Nos. 6,353,942, (the "942 patent"), 6,536,054

22  (the "054 patent") and 6,536,055 (the "055 patent").

**THE PARTIES**

24      4.    Plaintiff MAG Aerospace is a corporation organized under the laws of

25  Delaware having its principal place of business in Carson, California.

26      5.    Upon information and belief, Defendant B/E Aerospace is a

27  corporation organized under the laws of Delaware with its principal place of

---

COMPLAINT FOR PATENT INFRINGEMENT          2

1  business in Wellington, Florida, and having places of business in Anaheim,

2  California, Corona, California and Carson, California.

3  **FACTUAL BACKGROUND**

4  **The Asserted Patents**

5    6.    On March 12, 2002, the United States Patent and Trademark Office

6  issued United States Patent No. 6,353,942, entitled, "Modular Vacuum Toilet with

7  Line Replaceable Units," naming Mark A. Pondelick, Jay D. Stradinger, William

8  Bruce Anderson, Arthur J. McGowan, Jr., Douglas M. Wallace, Ian Tinkler, and

9  Michael B. Hancock as inventors.  The inventors assigned the '942 patent to Evac

10  International OY ("Evac").  A copy of the '942 patent is attached as Exhibit A.

11    7.    On March 25, 2003, the Patent Office issued U.S. Patent No.

12  6,536,054, entitled, "Vacuum Toilet Bowl Assembly Having Removable Bowl."

13  The listed inventors, all of whom are also listed as inventors for the '942 patent,

14  assigned the '054 patent to Evac.  A copy of the '054 patent is attached as Exhibit

15  B.

16    8.    On March 25, 2003, the Patent Office issued U.S. Patent No.

17  6,536,055, entitled, "Modular Vacuum Toilet with Line Replaceable Units."  The

18  listed inventors, all of whom are also listed as inventors for the '942 and '054

19  patents, assigned the '055 patent to Evac.  A copy of the '055 patent is attached as

20  Exhibit C.

21    9.    On September 23, 2009, Evac assigned all rights to the '942, '054, and

22  '055 patents (collectively, "the asserted patents") to MAG Aerospace.  MAG

23  Aerospace owned the asserted patents throughout the period of Defendant's

24  infringing acts and still owns these patents.

25    10.    The asserted patents relate to vacuum toilet bowl assemblies and

26  methods for servicing said toilet bowls for use in aircraft, vehicle, and other

27  environments.  The vacuum toilet bowl assemblies include modular components

28  such as waste receptacles, discharge valves, rinse fluid valves, and flush control

1  units, which facilitate the service and repair of the toilet bowls.   These components,

2  individually or in combination with other components, may comprise a line

3  replaceable unit ("LRU").

4  **Defendant's Knowledge of Asserted Patents**

5       11.    Defendant had actual knowledge of the asserted patents as early as

6  2010 because, among other things, Mark Pondelick, who is listed as an inventor on

7  each of the asserted patents, is currently a Vice President and General Manager of

8  Defendant and has been an employee of Defendant since at least 2010.

9       12.    Defendant is also listed as the assignee of U.S. Patent No. US

10 D619,228, filed on October 3, 2008 and issued on July 6, 2010, which identifies the

11 '054 patent as a reference.

12       13.    Additionally, Defendant is also listed as the assignee of U.S. Patent

13 No. D618,775, filed on September 21, 2009 and issued on June 29, 2010, which

14 identifies the '054 patent as a reference.

15       14.    Further, Defendant has knowledge of the asserted patents through

16 service of process or other knowledge of this lawsuit.

17 **Defendant's Acts of Infringement**

18       15.    Defendant B/E Aerospace directly infringes the asserted patents by

19 manufacturing, using, offering for sale, selling, and/or importing into the United

20 States vacuum toilet bowl products and processes which embody at least one of the

21 claims of the asserted patents.

22       16.    Defendant B/E Aerospace indirectly infringes the asserted patents by

23 contributory infringement by selling or offering to sell vacuum toilets for aircraft

24 applications and methods for servicing said toilets, and which practice at least one

25 of the claims of the asserted patents.   One of B/E Aerospace's advertisements

26 illustrates a B/E Aerospace Vacuum Toilet which includes a supporting frame,

27 removable waste receptacle which can be inserted through the frame, rinse fluid

28 value, flush control unit, and discharge valve.   The advertisements illustrate the

COMPLAINT FOR PATENT INFRINGEMENT                                            4

1   presence of LRUs, including, but not limited to, a rinse fluid valve, discharge valve,

2   flush control unit, and waste receptacle.  The advertised toilet indicates that these

3   LRUs "[c]an be replaced during a 15-minute turnaround."  Defendant advertises

4   that these toilets require "Less Maintenance," and that the modular design "allows

5   for on-aircraft repairs."  This simplified maintenance is achieved, in part, by

6   "incorporating advanced composite materials into a modular design…"  B/E

7   Aerospace also advertises that its vacuum waste system "solves the leading removal

8   causes found in existing systems including fouled solenoids, troublesome Teflon®

9   coatings, and faulty mechanical switches."  Given the particularized nature of the

10  advertised systems, the B/E Aerospace toilets do not constitute staple articles or

11  commodities of commerce suitable for substantial non-infringing uses.  Defendant's

12  prior knowledge of the asserted patents, advertisements, and lack of non-infringing

13  uses for the B/E Aerospace vacuum waste systems, including methods for servicing

14  these systems, demonstrate that Defendant knew that its advertised vacuum toilets

15  and methods for servicing said toilets were especially made or adapted for use in

16  infringement of the asserted patents.

17        17.    Defendant B/E Aerospace also indirectly infringes the asserted patents

18  by inducing others' performance of servicing or other methods or processes that

19  practice at least one of the claims of the asserted patents.  Specifically, Defendant

20  advertises for sale vacuum toilets for use in aircraft applications, and touts the ease

21  in maintaining these toilets.  One of these advertisements contains an illustration of

22  a B/E Aerospace Vacuum Toilet which includes a supporting frame, removable

23  waste receptacle which can be inserted through the frame, rinse fluid value, flush

24  control unit, and discharge valve.  The advertisements demonstrate the presence of

25  LRUs, including, but not limited to, a rinse fluid valve, discharge valve, flush

26  control unit, and waste receptacle.  The advertised toilet indicates that these LRUs

27  "[c]an be replaced during a 15-minute turnaround."  Defendant advertises that these

28  toilets require "Less Maintenance," and that the modular design "allows for on-

aircraft repairs." This simplified maintenance is achieved, in part, by "incorporating advanced composite materials into a modular design…" B/E Aerospace also advertises that its vacuum waste system "solves the leading removal causes found in existing systems including fouled solenoids, troublesome Teflon® coatings, and faulty mechanical switches." These representations, combined with B/E Aerospace's prior knowledge of the asserted patents, demonstrates that Defendant intended to induce its customers to practice the methods of invention described in the asserted patents.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,353,942

18.    Plaintiff re-alleges and incorporates by reference the allegations of paragraphs 1-18 above as if set forth fully herein.

19.    Upon information and belief, Defendant B/E Aerospace directly infringes the '942 patent by making, using, selling, offering for sale, and/or importing into the United States the methods of the invention described in the '942 patent, either literally or under the doctrine of equivalents, through the servicing of products, including, but not limited to, Defendant's B/E Aerospace Vacuum Toilet.

20.    Upon information and belief, Defendant B/E Aerospace has actively induced and continues to induce others to infringe the '942 patent by promoting, advertising, assisting, and/or instructing others on the performance of the claims described in the '942 patent, including the removal and replacement of faulty LRUs from toilets, with knowledge of the '942 patent and with actual knowledge and/or or willful blindness that the induced conduct infringes the '942 patent.

21.    Upon information and belief, Defendant B/E Aerospace has indirectly infringed and continues to indirectly infringe the '942 patent by contributory infringement by providing non-staple articles of commerce to others, with knowledge of the '942 patent and knowledge that these non-staple articles of

1    commerce are especially made or adapted for use in the infringement of the

2    methods of invention described in the '942 patent.

3        22.    Defendant B/E Aerospace's actions constitute infringement under 35

4    U.S.C. § 271.

5        23.    Plaintiff has suffered and continues to suffer monetary damages and

6    other injuries as a result of Defendant's past and continuing infringement,

7    inducement of infringement, and/or contributory infringement in an amount to be

8    proven at trial.

9        24.    Plaintiff has been and continues to be irreparably injured by

10   Defendant's past and continuing infringement, inducement of infringement, and/or

11   contributory infringement of the '942 patent, and Defendant's infringing activities

12   will continue unless enjoined by this Court pursuant to 35 U.S.C § 283.

13       25.    Defendant's infringement, inducement of infringement, and/or

14   contributory infringement of the '942 patent have been and continue to be willful

15   and deliberate, and Plaintiff is entitled to recover enhanced damages pursuant to 35

16   U.S.C. § 284 and attorney's fees and other expenses of litigation pursuant to 35

17   U.S.C. § 285.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 6,536,054

20       26.    Plaintiff re-alleges and incorporates by reference the allegations of

21   paragraphs 1-18 above as if set forth fully herein.

22       27.    Upon information and belief, Defendant B/E Aerospace directly

23   infringes the '054 patent by making, using, selling, offering for sale, and/or

24   importing into the United States products that directly or indirectly infringe, either

25   literally or under the doctrine of equivalents, one or more claims of the '054 patent.

26   Such products include, but are not limited to, the B/E Aerospace Vacuum Toilet.

27       28.    Upon information and belief, Defendant B/E Aerospace has actively

28   induced others and continues to induce others to infringe the '054 patent by

promoting, advertising, assisting, and instructing others on the performance of the claims described in the '054 patent, with knowledge of the '054 patent and with actual knowledge and/or or willful blindness that the induced conduct infringes the '054 patent.

29.     Upon information and belief, Defendant B/E Aerospace has indirectly infringed and continues to indirectly infringe the '054 patent by contributory infringement by providing non-staple articles of commerce to others, with knowledge of the '054 patent and knowledge that these non-staple articles of commerce are especially made or adapted for use in the infringement of the claimed inventions of the '054 patent.

30.     Defendant B/E Aerospace's actions constitute infringement under 35 U.S.C. § 271.

31.     Plaintiff has suffered and continues to suffer monetary damages and other injuries as a result of Defendant's past and continuing infringement, inducement of infringement, and/or contributory infringement in an amount to be proven at trial.

32.     Plaintiff has been and continues to be irreparably injured by Defendant's past and continuing infringement, inducement of infringement, and/or contributory infringement of the '054 patent, and Defendant's infringing activities will continue unless enjoined by this Court pursuant to 35 U.S.C § 283.

33.     Defendant's infringement, inducement of infringement, and/or contributory infringement of the '054 patent have been and continue to be willful and deliberate, and Plaintiff is entitled to recover enhanced damages pursuant to 35 U.S.C. § 284 and attorney's fees and other expenses of litigation pursuant to 35 U.S.C. § 285.

## COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 6,536,055

34.   Plaintiff re-alleges and incorporates by reference the allegations of paragraphs 1-18 above as if set forth fully herein.

35.   Upon information and belief, Defendant B/E Aerospace directly infringes the '055 patent by making, using, selling, offering for sale, and/or importing into the United States the methods of the invention described in the '055 patent, either literally or under the doctrine of equivalents through the servicing of products, including, but not limited to, Defendant's B/E Aerospace Vacuum Toilet.

36.   Upon information and belief, Defendant B/E Aerospace has actively induced and continues to induce others to infringe the '055 patent by promoting, advertising, assisting, and instructing others on the performance of the methods of the invention described in the '055 patent, including replacing a first LRU including a waste receptacle supported by a support structure and replacing a second LRU including at least two of a discharge valve, rinse fluid valve, and/or flush control unit independently of the vacuum toilet, with knowledge of the '055 patent and with actual knowledge and/or or willful blindness that the induced conduct infringes the '055 patent.

37.   Upon information and belief, Defendant B/E Aerospace has indirectly infringed and continues to indirectly infringe the '055 patent by contributory infringement by providing non-staple articles of commerce to others, with knowledge of the '055 patent and knowledge that these non-staple articles of commerce are especially made or adapted for use to infringe the methods of invention described in the '055 patent.

38.   Defendant B/E Aerospace's actions constitute infringement under 35 U.S.C. § 271.

39.   Plaintiff has suffered and continues to suffer monetary damages and other injuries as a result of Defendant's past and continuing infringement,

inducement of infringement, and/or contributory infringement in an amount to be proven at trial.

40.     Plaintiff has been and continues to be irreparably injured by Defendant's past and continuing infringement, inducement of infringement, and/or contributory infringement of the '055 patent, and Defendant's infringing activities will continue unless enjoined by this Court pursuant to 35 U.S.C. § 283.

41.     Defendant's infringement, inducement of infringement, and/or contributory infringement of the '055 patent have been and continue to be willful and deliberate, and Plaintiff is entitled to recover enhanced damages pursuant to 35 U.S.C. § 284 and attorney's fees and other expenses of litigation pursuant to 35 U.S.C. § 285.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests that the Court:

a.     Enter judgment in favor of Plaintiff and against Defendant;

b.     Award Plaintiff its actual damages, together with prejudgment interest and costs, as a result of Defendant's infringing activities;

c.     Enjoin Defendant from continuing to infringe, induce infringement, or contribute to infringement of the '942, '054, and '055 patents;

d.     Enhance by three times the damages awarded to Plaintiff as a result of Defendant's willful infringement of the '942, '054, and '055 patents;

e.     Award Plaintiff its expenses of litigation, including reasonable attorney's fees; and

f.     Award Plaintiff such other and further relief as may be just and proper.

---

COMPLAINT FOR PATENT INFRINGEMENT                                            10

1    Dated:  August 19, 2013        Respectfully submitted,

2                                   KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                   By:  _____

5                                        Emil W. Herich, Steven D. Moore, and
                                         Erwin L. Cena
6                                        Attorneys for Plaintiff MAG Aerospace

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT                                    11

# **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38-1, Plaintiff hereby demands a jury trial in this matter.

Dated:  August 19, 2013        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:    _Erwin L. Cena_____
Emil W. Herich, Steven D. Moore, and
Erwin L. Cena
Attorneys for Plaintiff MAG Aerospace

4696261v1

---

# EXHIBIT A

(12) **United States Patent**
Pondelick et al.

(10) Patent No.:     **US 6,353,942 B1**
(45) Date of Patent:     **Mar. 12, 2002**

(54) **MODULAR VACUUM TOILET WITH LINE REPLACEABLE UNITS**

(75) Inventors: **Mark A. Pondelick; Jay D. Stradinger**, both of Roscoe; **William Bruce Anderson**, Rockford, all of IL (US); **Arthur J. McGowan, Jr.**, Thornton, CO (US); **Douglas M. Wallace**, Roscoe, IL (US); **Ian Tinkler; Michael B. Hancock**, both of Rockford, IL (US)

(73) Assignee: **Evac International OY**, Helsinki (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/713,892**

(22) Filed: **Nov. 16, 2000**

(51) Int. Cl.$^7$ ................................................. **E03D 11/00**

(52) U.S. Cl. .................. **4/431; 4/434; 4/435; 137/588; 137/595**

(58) Field of Search ........................... 4/300, 316, 420, 4/431–435, 458; 137/588, 595

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,239,849 A | | 3/1966 | Liljendahl ........................ 4/77 |
| 3,860,973 A | * | 1/1975 | Uyeda et al. ................... 4/431 |
| 3,922,730 A | | 12/1975 | Kemper ........................... 4/10 |
| 3,995,328 A | | 12/1976 | Carolan et al. .................. 4/10 |
| 4,063,315 A | | 12/1977 | Carolan et al. .................. 4/10 |
| 4,184,506 A | | 1/1980 | Varis et al. ................. 137/205 |
| 4,246,925 A | | 1/1981 | Oldfelt ...................... 137/205 |
| 4,275,470 A | | 6/1981 | Badger et al. ................. 4/316 |
| 4,357,719 A | | 11/1982 | Badger et al. ................. 4/316 |
| 4,521,925 A | | 6/1985 | Chen et al. ..................... 4/362 |
| 4,713,847 A | | 12/1987 | Oldfelt et al. ................ 4/316 |
| 5,007,117 A | | 4/1991 | Oldfelt et al. ................ 4/432 |
| 5,133,853 A | | 7/1992 | Mattsson et al. ........... 210/104 |
| 5,271,105 A | * | 12/1993 | Tyler ............................. 4/431 |
| 5,604,938 A | | 2/1997 | Tyler ............................. 4/321 |
| 5,732,417 A | | 3/1998 | Pondelick ..................... 4/427 |
| 5,909,968 A | * | 6/1999 | Olin et al. ..................... 4/431 |
| 6,131,596 A | | 10/2000 | Monson ..................... 137/14 |
| 6,152,160 A | | 11/2000 | Bowden Wilcox et al. ...... 137/15.01 |
| 6,216,285 B1 | | 4/2001 | Olin ............................. 4/431 |

* cited by examiner

*Primary Examiner*—Gregory L. Huson
*Assistant Examiner*—Tuan Nguyen
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein, & Borun

(57)     **ABSTRACT**

A modular vacuum toilet, and a method of servicing such a toilet, are disclosed. The toilet is used with a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid. The modular vacuum toilet comprises a frame and a removable bowl engaging and supported be the frame, the bowl defining an outlet and having a rinse fluid dispenser associated therewith. The modular vacuum toilet also has a valve set module. The valve set module includes a discharge valve having an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a movable discharge valve member disposed between the discharge valve inlet and outlet. A rinse fluid valve is also incorporated into the valve set module and has an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet. The valve set module further includes a flush control unit having a circuit board operably connected to the discharge valve and rinse fluid valve for controlling actuation of the discharge valve member and rinse fluid valve member.

**26 Claims, 8 Drawing Sheets**



Ex. A



FIG. IA



FIG. 1B



FIG. 2



FIG. 3



FIG. 4



FIG. 5A

FIG. 5B



FIG. 6



FIG. 7A



FIG. 7C



FIG. 7B



FIG. 7D

1

# MODULAR VACUUM TOILET WITH LINE REPLACEABLE UNITS

## FIELD OF THE INVENTION

The present invention generally relates to toilets and, more particularly, to vacuum toilet systems.

## BACKGROUND OF THE INVENTION

Vacuum toilet systems are generally known in the art for use in both vehicle and stationary applications. A vacuum toilet system typically comprises a bowl for receiving waste having an outlet connected to a vacuum sewer line. A discharge valve is disposed between the bowl outlet and vacuum sewer line to selectively establish fluid communication therebetween. The vacuum sewer line is connected to a collection tank that is placed under partial vacuum pressure by a vacuum source, such as a vacuum blower. When the discharge valve is opened, material in the bowl is transported to the sewer pipe as a result of the pressure difference between the interior of the bowl and the interior of the sewer line. Conventional vacuum toilet systems also include a source of rinse fluid and a rinse fluid valve for controlling introduction of rinse fluid into the bowl.

The components of a conventional vacuum toilet are typically provided separately and are overly difficult to assemble. The discharge valve is typically mounted in a first position, while the rinse valve is mounted in a second, separate position. A flush control until (FCU) is mounted remote from both valves and provides control signals to the discharge and rinse valve actuators. Accordingly, various mounting brackets, tubing, and wires are needed to interconnect the various components, making assembly overly complicated and time-consuming.

In addition, the separate components used in conventional vacuum toilets make repair and maintenance overly time consuming and labor intensive. Maintenance concerns are particularly significant in aircraft applications, in which a number of sub-systems are installed on board. According to general practice in the airline industry, each sub-system includes one or more components which must be replaced in the event of failure, such replacement components being commonly referred to as line replaceable units (LRUs). Presently, the entire vacuum toilet is defined as the LRU for the vacuum toilet system. As a result, an airline must stock one or more replacement toilets in the event of a toilet failure, so that the replacement toilet may be swapped in for the faulty toilet. A "bench test" is then performed on the faulty toilet to determine which components have failed in the toilet. The faulty components are then repaired or replaced (which may include significant disassembly and reassembly of the toilet) so that the toilet may be reused on another aircraft.

Each of the steps performed during a toilet repair is overly difficult and time consuming. To remove an entire toilet assembly from an aircraft requires disassembly of at least four self-locking mounting fasteners, an electrical connection, a grounding strap, a potable water line connection, and a waste discharge pipe connection. Each connection may be difficult to access, and may require a particular tool in order to loosen and disconnect. The same connections must then be reconnected for the replacement toilet.

Even if it were possible to remove and replace a single toilet component, it would be overly difficult and time consuming to do so. Removal of a component would require disconnection of several wires and pipes, and the compo-

2

nents are often located in areas which are difficult to access. Furthermore, it would be difficult to diagnose whether one component or several components had failed. There exists a multitude of combinations of simultaneous component failures, which may lead to trouble-shooting errors and the replacement or repair of non-faulty components.

In view of the foregoing, it is apparent that the replacement and repair of conventional toilets is overly time consuming, and requires an airline to maintain a large stock of replacement toilets in the event of equipment failure.

Other repairs, which may not require substantial amounts of trouble shooting to identify the failed components, still require significant amounts of disassembly and reassembly. The toilet bowl, for example, is typically formed of stainless steel covered with a non-stick coating that is subject to failure. In conventional toilets, the bowl is a structural, load bearing component that is attached to a base support. In some toilets, the base support is permanently attached to the bowl and therefore the entire toilet must be removed to replace the coating. In other toilets, the bowl is removable from the support base, and therefore fasteners must be removed and the bowl must be disconnected from the rinse fluid and discharge lines. In addition, the rinse ring or nozzle used to direct rinse fluid into the bowl must be removed. Furthermore, if the non-stick coating fails, the bowl must be removed from all of the other toilet components for a re-coating process, steps of which are performed at high temperature to remove the old coating and apply a new coating to the toilet bowl surface. Accordingly, the replacement of a conventional bowl is overly complicated and time consuming.

From the foregoing, it will be appreciated that a number of toilets must be kept in stock for replacement in the event of a faulty toilet. The number of stock toilets is further increased due to the left-handed and right-handed discharge configurations of conventional vacuum toilets. Typically, the component layout of a conventional vacuum toilet must be modified according to the type of discharge configuration desired. In addition, different components may be required, such as a toilet bowl with a left-handed or right-handed discharge. As a result, an airline must have both left- and right-handed discharge replacement toilets on hand, thereby increasing the number of stock parts required.

From the above, it will be appreciated that a need exists for a vacuum toilet that is easier to maintain and which reduces the number of stock parts required.

## SUMMARY OF THE INVENTION

In accordance with certain aspects of the present invention, a modular vacuum toilet is provided for use in a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid. The modular vacuum toilet comprises a support structure, and a removable bowl supported by the support structure, the bowl defining an outlet and having a rinse fluid dispenser associated therewith. A valve set module is provided having a discharge valve with an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a movable discharge valve member disposed between the discharge valve inlet and outlet; a rinse fluid valve having an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet; and a flush control unit having a circuit board operably connected to the discharge valve and rinse fluid valve for

**3**

controlling actuation of the discharge valve member and rinse fluid valve member.

In accordance with additional aspects of the present invention, a method of servicing a vacuum toilet is provided, in which the vacuum toilet is attached to a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid, and in which the vacuum toilet includes a waste receptacle defining an outlet and having a rinse fluid dispenser associated therewith. The method comprises providing a first valve set module having a discharge valve with an inlet adapted to engage the receptacle outlet and an outlet adapted for releasable connection to the sewer line, a rinse fluid valve with an inlet adapted for releasable connection to the source of rinse fluid and an outlet adapted for releasable connection to the rinse fluid dispenser, and a flush control unit adapted to control operation of the discharge valve and rinse fluid valve. The discharge valve is detached from the bowl outlet, discharge valve outlet from the sewer line, the rinse fluid valve inlet from the rinse fluid source, and the rinse fluid valve outlet from the rinse fluid line, and the valve set module is removed from the vacuum toilet. A second valve set module is inserted into the vacuum toilet, the second valve set module including a discharge valve with an inlet adapted to engage the receptacle outlet and an outlet adapted for releasable connection to the sewer line, a rinse fluid valve with an inlet adapted for releasable connection to the source of rinse fluid and an outlet adapted for releasable connection to the rinse fluid dispenser, and a flush control unit adapted to control operation of the discharge valve and rinse fluid valve. The second valve set discharge valve inlet is then attached to the bowl outlet, the discharge valve outlet to the sewer line, the rinse fluid valve inlet to the rinse fluid source, and the rinse fluid valve outlet to the rinse fluid line.

In accordance with further aspects of the present invention, a method of servicing a vacuum toilet is provided wherein the toilet has a receptacle for receiving waste defining an outlet and includes a rinse fluid dispenser associated therewith. A discharge valve has an inlet in fluid communication with the receptacle outlet, an outlet in fluid communication with a sewer line placeable under partial vacuum pressure, and a moveable discharge valve member disposed between the discharge valve inlet and the discharge valve outlet. A rinse fluid valve has an inlet in fluid communication with a source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a moveable rinse fluid valve member disposed between the rinse fluid valve inlet and the rinse fluid valve outlet. A flush control unit is adapted to control actuation of the discharge valve member and rinse fluid valve member, in which at least one of the discharge valve, rinse fluid valve, flush control unit, and waste receptacle is a line replaceable unit. The method comprises removing the faulty line replaceable unit from the toilet, and installing a new line replaceable unit into the toilet.

In accordance with still further aspects of the present invention, a valve set is provided for use in a vacuum toilet system having a sewer pipe placeable under partial vacuum pressure. The valve set comprises a discharge valve having an outlet, and an outlet pipe attached to the discharge valve outlet and defining a branch. A discharge pipe has a first end adapted to releasably engage the sewer pipe and a second end releasably attachable to the branch in at least a first position corresponding to a left-handed discharge configuration and a second position corresponding to a right-handed discharge configuration.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those

**4**

skilled in the art from the following detailed description and its accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are front and rear perspective views, respectively, of a modular vacuum toilet in accordance with the present invention.

FIG. 2 is a schematic diagram of the vacuum toilet of FIG. 1.

FIG. 3 is an enlarged view of a tab used to secure a bowl to the frame.

FIG. 4 is an enlarged perspective view of the valve set incorporated into the vacuum toilet of FIG. 1.

FIGS. 5A and 5B are perspective views of a discharge valve and actuator incorporated into the valve set.

FIG. 6 is a side elevation view, in cross-section, of a rinse valve assembly incorporated into the valve set.

FIGS. 7A–D are side elevation views, in cross-section, of the rinse valve assembly showing the various stages of a rinse cycle.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring initially to FIGS. 1A, 1B, and 2, a modular vacuum toilet suitable for use in a vehicle, in accordance with the present invention, is generally referred to with reference numeral 10. The modular vacuum toilet 10 generally includes a valve set 8, a frame 20, and a bowl 36. The vehicle is provided with a sewer line 11, a vacuum tank 13 connected to the sewer line 11, and a vacuum source (not shown) for placing the vacuum tank 13 under partial vacuum pressure. The vehicle further includes a source of rinse fluid 15 connected to a rinse fluid supply line 19.

The frame 20 is provided for supporting the components of the vacuum toilet 10. As best shown with reference to FIGS. 1A and 1B, the frame 20 includes a bottom member 24 adapted for attachment to a support surface of the vehicle. Vertical supports 26 extend upwardly from the bottom member 24, and a top member 28 is attached to the vertical supports 26. The top member 28 is formed with an opening 30 near the front and two slots 29 near the rear thereof. In the illustrated embodiment, an intermediate support 32 is attached between adjacent vertical supports 26, and a bracket 27 is attached to the bottom member 24. The bottom member 24, top member 28, and bracket 27 are preferably formed of sheet metal, while the vertical supports 26 and intermediate support 32 are preferably formed of tube steel, both of which are readily available and inexpensive. Other materials having sufficient rigidity, however, may also be used.

The bowl 36 is provided for receiving waste material. The bowl 36 has a curved sidewall 38 and an out-turned flange 40 extending about an upper edge of the sidewall (FIGS. 1A and 1B). The out-turned flange 40 further includes tabs 39 sized for insertion through the slots 29 formed in the frame top member 28, as best shown in FIG. 3. A bottom of sidewall 38 is formed in an outlet 42, and the sidewall 38 is sized for insertion into the opening 30 of the frame top member 28. The outlet 42 fluidly communicates with a discharge valve 70 through a transfer pipe 44. The transfer pipe 44 preferably includes a collar 47 sized to frictionally engage and seal with the outlet 42.

To attach the bowl 36 to the frame 20, the bowl 36 is inserted through the opening 30 and positioned so that the tabs 39 are aligned with the slots 29 and the outlet 42 is

5

aligned with the collar 47. The bowl 36 is lowered so that the tabs 39 pass through and lock with the slots 29. Simultaneously, the outlet 42 is inserted into and engages the collar 47. In this position, the out-turned flange 40 closely overlies the frame top member 28 so that the downward forces applied to the bowl 36 are transferred to the frame 20. As a result, the bowl 36 is not a load-bearing component, and may be made of non-structural materials such as plastic, thin-walled metal (defined herein as less than approximately 0.040" thick), or other known alternatives. In addition, the bowl 36 is separable from the frame 20 and therefore may be replaced independently from the rest of the toilet 10. Still further, the tabs 39 may be manipulated manually, and therefore no tools are required to install or remove the bowl 36.

At least one rinse fluid dispenser, such as nozzles 46, is provided inside the bowl 36 for directing rinse fluid over the surface of the bowl. As best shown in FIGS. 1A and 1B, a plurality of nozzles 46 are spaced about the bowl sidewall 38 and are oriented to direct rinse fluid over portions of the bowl surface. The number of nozzles may be more or less than that shown, depending on the size of the bowl surface to be rinsed. As used herein, the phrase "rinse fluid dispenser" includes the illustrated nozzles 46, as well as known substitutes, such as spray rings.

A vacuum breaker 33 is positioned above the top edge of the bowl 36, and a first rinse fluid pipe 35$a$ extends from the nozzles 46 to the vacuum breaker 33. A second rinse fluid pipe 35$b$ extends from the vacuum breaker 33 to a rinse valve 72. Quick-disconnect couplings 108$a$, 108$b$ are provided to connect the first and second rinse fluid pipes 35$a$, 35$b$ to the vacuum breaker 33.

The separate frame 20 advantageously allows the bowl 36 to be a line replaceable unit (LRU). When the bowl 36 becomes worn or otherwise needs replacement, maintenance person may simply disconnect the first rinse fluid pipe 35$a$ using the quick disconnect coupling 108$a$, manipulate the tabs 39 so that the are disengaged from the slots 29, and pull upward on the bowl 36 to remove the bowl 36 from the frame 20. A new bowl 36 may then be inserted into the frame 20 as described above, and the first rinse fluid pipe 35$a$ may be connected to the vacuum breaker 33 using the quick-disconnect coupling 108$a$. As a result, the entire toilet need not be removed and serviced. In addition to facilitating bowl removal and replacement, the frame 20 allows a wider range of materials to be used for the bowl 36, since the frame 20, rather than the bowl 36, supports the load.

As best shown in FIG. 1A, the valve set 8 is mounted to the frame bracket 27. The valve set 8 is preferably attached to the bracket 27 using fasteners that may be manipulated by hand, such as knurled screws 37. The valve set 8 includes four sub-components: a discharge valve 70, a rinse valve 72, a flush control unit (FCU) 74, and an actuator 76 (FIG. 4). The discharge valve 70 includes a discharge valve housing 78 divided into two halves 78$a$, 78$b$. As best shown in FIGS. 5A and 5B, the housing 78 includes a pair of inlets 79, 80 formed in the housing half 78$a$ aligned with a pair of outlets 81, 82 formed in the housing half 78$b$.

The housing 78 further defines a chamber for receiving a discharge valve member, such as valve disk 83. An axle 84 is attached to the valve disk 83 and has two ends 84$a$, 84$b$. Holes are formed in the housing halves 78$a$, 78$b$ sized to receive the axle ends 84$a$, 84$b$, respectively, so that the disk 83 is supported for rotation about the axle 84. The periphery of the disk 83 is formed with gear teeth 85, and a pair of apertures 86, 87 are formed through the disk 83. The

6

apertures 86, 87 are spaced so that both register simultaneously with the associated inlet/outlet pairs 79/81, 80/82 as the disk 83 rotates. In the illustrated embodiment, the apertures 86, 87 and associated inlet/outlet pairs 79/81, 80/82 are spaced 180 degrees apart.

According to the illustrated embodiment, the inlet 79 is connected to one end of the transfer pipe 44, with the other end of the transfer pipe 44 being attached to the bowl outlet 42. An air intake check valve 45 is attached to the other inlet 80, and is oriented to allow fluid to flow into the inlet 80 while preventing fluid from discharging out of the check valve 45 (FIGS. 1A and 2). A U-shaped outlet pipe 12 (FIG. 1B) has a first end connected to the outlet 81 and a second end connected to the outlet 82. The outlet pipe 12 further has a branch 17 leading to a discharge pipe 21.

In accordance with certain aspects of the present invention, the branch 17 and discharge pipe 21 are adapted to provide both right- and left-handed discharge configurations. As best shown in FIG. 1B, the branch 17 includes a pair of spaced pins 160 (only one shown in FIG. 1B) and the discharge pipe 21 a pair of spaced J-shaped slots 162 (only one shown in FIG. 1B) positioned to engage the pins, so that the discharge pipe 21 is removably attached to the branch 17. The pins 160 and J-shaped slots 162 are preferably spaced 180 degrees apart, so that the discharge pipe 21 may be positioned for either right- or left-handed discharge simply by rotating the discharge pipe 21 before attachment, without requiring changes to the other toilet components. The free end of the discharge pipe 21 is adapted for releasable connection to the sewer line 11, such as with a clam shell coupling (not shown).

In operation, when the disk apertures 86, 87 are aligned with the inlet/outlet pairs 79/81, 80/82, the discharge valve 70 not only transfers waste from the transfer pipe 44 to the sewer line 11, but also pulls additional air into the sewer line 11 through the air intake check valve 45. The additional air intake reduces noise that is normally generated during a flush.

The actuator 76 is provided for driving the valve disk 83. As best shown in FIG. 5A, the actuator 76 includes a spur gear 90 enmeshed with the gear teeth 85 formed about the periphery of the disk 83. The spur gear 90 is mounted to a rotatable shaft 92, and a drive is provided for rotating the shaft 92. The FCU 74 is operably coupled to the actuator 76 to control operation of the actuator. According to the illustrated embodiment, the disk 83 may be rotated in a single direction by ninety degree increments to open and close the discharge valve 70. Alternatively, the disk 83 may also be reciprocated back and forth across a ninety degree arc to open and close the valve 70, or the disk 83 may be controlled in other manners according to other disk designs and layouts.

The rinse valve 72 is provided for controlling flow of rinse fluid to the bowl 36. As best shown in FIG. 6, the rinse valve 72 comprises a housing block 100 formed with an inlet bore 101, defining an inlet 102, and an outlet bore 103. The inlet bore 102 is adapted for connection to the rinse fluid line 19 via a quick-disconnect coupling (not shown). An insert 104 is positioned in a downstream portion of the outlet bore 103 and defines an outlet 105. The outlet end of the insert 104 is barbed to secure one end of the second rinse fluid pipe 35$b$ thereto, while the opposite end of the second rinse fluid pipe 35$b$ has the quick-disconnect coupling 108$b$ (FIGS. 1A and 1B). A poppet valve bore 106 is also formed in the housing block 100, and fluidly communicates with the inlet bore 101. An annular recess 107 is formed in the housing block 100

7

concentric with the poppet valve bore 106 to establish fluid communication between the poppet valve bore 106 and the outlet bore 103.

The rinse valve 72 includes a rinse valve member, such as a ball valve 110, which is disposed in the outlet bore 103 for selectively establishing fluid communication between the outlet bore 103 and the outlet 105. The ball valve 110 includes a shaft 111 and a valve member 112 having a flow passage 113 extending therethrough. A seal 114 is provided downstream of the valve member 112 for preventing leakage between the valve member 112 and the downstream portion of the outlet bore 103. As shown in FIG. 6, the flow passage 113 is perpendicular to the outlet bore 103, thereby preventing fluid flow. The ball valve 110 is rotatable, however, to align the flow passage 113 with the outlet bore 103, thereby establishing fluid communication between the upstream portion of the outlet bore 103 and outlet 105.

In the preferred embodiment, the top of the shaft 111 is adapted to mechanically engage the axle end 84a, as best shown in FIG. 4, so that rotation of the disk 83 also rotates the ball valve 110. In the illustrated embodiment, the shaft 111 is formed with a key 115, while the axle end 84a has a slot 116 sized to receive the key 115. As a result, a separate actuator is not required to actuate the ball valve 110, thereby reducing cost and space requirements for the toilet.

The rinse valve 72 further includes a fuse valve 120 for metering rinse fluid flow through the rinse valve when the ball valve 110 is open. As used herein, the phrase "fuse valve" indicates a valve that actuates after a set value of fluid has passed therethrough. As best shown in FIG. 6, a bonnet 121 is attached to the housing block 100 to close off the poppet valve bore 106 and the recess 107. A flexible diaphragm 122 is attached between the housing block 100 and the bonnet 121 to define a pilot chamber 117 above the diaphragm 122. As illustrated at FIG. 6, the diaphragm 122 is in a closed position, in which the diaphragm 122 engages an annular intermediate wall 123 extending between the poppet valve bore 106 and recess 107, thereby closing off fluid communication between the poppet valve bore 106 and recess 107. A poppet valve 124 is disposed inside the poppet valve bore 106 and is attached to the diaphragm 122, so that the poppet valve 124 moves with the diaphragm 122. The top of the poppet valve 124 is formed with a pilot port 125, and flow ports 126 extend radially through a sidewall of the poppet valve 124. A spring 127 is disposed in the poppet valve port for biasing the diaphragm 122 away from the intermediate wall 123 toward an open position, in which fluid communication is established between the poppet valve bore 106 and the recess 107.

The fuse valve 120 limits the amount of rinse fluid allowed to flow through the rinse valve 72 when the ball valve 110 is open. During operation, the ball valve 110 is normally in a closed position to prevent flow of rinse fluid through the rinse valve 72. The rinse fluid flows through both the pilot port 125 to register at the pilot chamber 117, and through the flow ports 126 to register in the flow chamber 118. Because there is no rinse fluid flow, the rinse fluid pressure is the same in both the pilot chamber 117 and the flow chamber 118, so that the spring 127 urges the diaphragm 122 and poppet valve 124 to the open position, as shown in FIG. 7A.

In response to a flush command, the ball valve 110 is rotated to the open position so that the ball valve flow passage 113 communicates the outlet bore 103 to the outlet 105, thereby creating fluid flow through the valve 72 (FIG.

8

7B). During fluid flow, the rinse fluid experiences a pressure drop as it passes through the flow ports 126, thereby reducing the fluid pressure in the flow chamber 118 while the pressure in the pilot chamber 117 stays substantially the same. The resulting pressure differential across the diaphragm 122 ultimately overcomes the force of the spring 127 so that the diaphragm 122 and poppet valve 124 move to the closed position, as shown in FIG. 7C. When the diaphragm is in the closed position, fluid flow through the rinse valve 72 is again cut off, this time by the engagement of the diaphragm 122 with the intermediate wall 123. Because of the fuse valve 120, the volume of rinse fluid passing through the open ball valve 110 is substantially constant from flush to flush, regardless of the rinse fluid pressure supplied to the rinse valve 72. It will also be appreciated that the fuse valve 120 provides a redundant shut-off, so that the ball valve 110 or the fuse valve 120 may be used to stop rinse fluid flow should the other fail.

The rinse valve 72 further includes a face value 130 for returning the diaphragm 122 back to the open position after the ball valve 110 is subsequently closed. Referring to FIG. 6, a bypass bore 131 is formed in the housing block 100 that connects the inlet bore 101 to an auxiliary bore 132. A reset bore 134 intersects the bypass bore 131 and communicates with a ball valve bore 135 formed in the housing block 100. A reset insert 136 is inserted in the reset bore 134 and has a top surface adapted to engage a bottom of the ball valve 110. The ball valve 110 is formed with reset passages 137 extending into the ball valve 110 to a transverse passage 138 extending entirely through the ball valve 110. The reset passages 137 are located on the ball valve 110 so that they align with the reset insert 136 only when the ball valve 110 is in the closed position. The seal 114 prevents rinse fluid from leaking from the transverse passage 138 to the outlet 105. No seal is provided upstream of the ball valve 110 so that, when one of the reset passages 137 is aligned with the insert 136, fluid communication is established from the inlet bore 101, through the bypass and reset bores 131, 134 and one of the reset passages 137 to the flow chamber 118.

According to the illustrated embodiment, the rinse valve 72 also includes a drain valve 133 disposed in the auxiliary bore 132 to provide freeze protection, as is well known in the art.

In operation, the diaphragm 122 moves to the closed position while the ball valve 110 is open, thereby stopping rinse fluid flow through the rinse valve 72 (FIG. 7C). With the ball valve 110 in the open position, neither reset passage 137 is aligned with the reset insert 136. The ball valve 110 is subsequently closed, thereby aligning one of the reset passages 137 with the insert 136 and establishing fluid communication from the inlet bore 101 to the flow chamber 118 (FIG. 7D). The incoming rinse fluid pressure registers at the flow chamber 118, so that the flow chamber reaches the same pressure as the pilot chamber 117. With the differential pressure across the diaphragm 121 removed, the spring 127 is again followed to urge the diaphragm 121 to the open position, thereby resetting the fuse valve 120 to the position shown in FIG. 7A.

In the preferred embodiment, a position sensor is used to provide feedback regarding poppet valve position feedback. In the illustrated embodiment, a magnet 140 is attached to the poppet valve 124, and a hall effect switch 141 is located outside of the bonnet 121 in a switch enclosure 142 attached to the bonnet 121 (FIG. 6). The hall effect switch 141 provides a signal that varies according to the position of the magnet 140 to indicate the position of the poppet valve 124. The poppet valve position signal may be used for diagnostic

9

purposes such as fault detection by comparing the position signal to the position of the disk **83** or ball valve **110**.

The FCU **74** comprises a housing **150** attached to the discharge valve housing half **78**b opposite the rinse valve **72** (FIG. 4). The housing **150** encloses one or more circuit boards (not shown) for controlling operation of the toilet **10**. In addition to the typical inputs and outputs, the FCU **74** also receives feedback from the poppet valve position sensor **141**.

The FCU housing **150** further houses a position sensor for determining the position of the disk **83**. As best shown in FIG. 5A, magnets **152** are attached to the axle end **84**b of the disk **83**. The axle end **84**b extends into the FCU housing **150**, so that the magnets **152** are positioned proximal the control board. Hall effect switches **154** are provided directly on the circuit board for sensing the magnets **152** and thus determining the rotational position of the disk **83**. In the illustrated embodiment, a pair of magnets **152** are attached to the axle end **84**b, and a pair of hall effect switches **154** are attached to the circuit board. The switches **154** actuate between on and off positions depending on the proximity of the magnets, thereby indicating the position of the disk **83**. As a result, the position of the disk **83** is directly sensed rather than inferring disk position based on actuator position. In addition, the switches **154** are located inside the FCU housing **150** and are therefore isolated from contamination due to lubrication or other material.

With the above construction, the valve set **8** is quickly and easily removed and replaced. To remove the valve set **8**, the discharge pipe **21** is disconnected from the sewer line **11**, the rinse valve inlet **102** is disconnected from the rinse supply line **19**, and the quick-disconnect coupling **108**b of the second rinse fluid pipe **35**b is disconnected from the vacuum breaker **33**. The knurled screws **37** are then removed from the bracket **27** and the valve set **8** with attached transfer pipe **44** is lowered so that the transfer pipe disengages the bowl outlet **42**. Thus the valve set **8** is removed with the transfer pipe **44**, outlet pipe **12**, discharge pipe **21**, and second rinse pipe **35**b. A new valve set **8**, also having a new transfer pipe **44**, outlet pipe **12**, discharge pipe **21**, and second rinse pipe **35**b may then be attached to the bracket **27** and reconnected.

From the foregoing, it will be appreciated that the valve set **8** of the present invention incorporates all of the valve and control apparatus. The rinse valve **72**, FCU **74**, and actuator **76** are all mounted to the discharge valve **70** to create an LRU, wherein a single module may be targeted for maintenance in the event of a valve or control failure. The wiring between the components may remain in place so that, in the event of a valve or control failure, only the piping connections between the valve set **8** and the drain, sewer, and rinse water piping need be undone to remove the valve set **8**.

Maintenance of the modular vacuum toilet **10** is entirely different from that of conventional vacuum toilets. Instead of defining the entire toilet as an LRU, the toilet **10** defines individual components or groups of components as LRUs. The bowl **36** may be independently removed from the toilet **10** and replaced. Similarly, the valve set **8** may be separately removed from the toilet **10**. Furthermore, the individual components may be quickly removed with the use of few or no tools.

The branch **17** and discharge pipe **21** of the valve set **8** are adapted to provide both right- and left-handed discharge configurations without additional modifications to the other toilet components, thereby further reducing the number of parts needed in stock

10

The foregoing detailed description has been given for clearness of understanding only, and no unnecessary limitations should be understood therefrom, as modifications would be obvious to those skilled in the art.

What is claimed is:

1. A modular vacuum toilet for use in a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid, the modular vacuum toilet comprising:

a frame support structure having a top with an opening therethrough;

a removable bowl including a sidewall sized for insertion into the opening and having an out-turned flange supported by the top of the support structure, the bowl defining an outlet and having a rinse fluid dispenser associated therewith; and

a valve set module including:

a discharge valve having an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a moveable discharge valve member disposed between the discharge valve inlet and outlet;

a rinse fluid valve having an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet; and

a flush control unit having a circuit board operably connected to the discharge valve and rinse fluid valve for controlling actuation of the discharge valve member and rinse fluid valve member.

2. The modular vacuum toilet of claim 1, in which the support structure includes slots, and in which the bowl includes tabs adapted to lockingly engage the slots, thereby to secure the bowl in place.

3. The modular vacuum toilet of claim 2, in which the tabs are manually releasable to disengage from the slots.

4. The modular vacuum toilet of claim 1, in which a rinse fluid pipe communicates between the rinse fluid valve outlet and the rinse fluid dispenser, wherein the rinse fluid pipe is releasably attached to the rinse fluid valve outlet with a coupling.

5. The modular vacuum toilet of claim 4, in which the coupling is manually releasable.

6. The modular vacuum toilet of claim 1, in which a transfer pipe has a first end connected to the discharge valve inlet, and a second end adapted to releasably engage the bowl outlet.

7. The modular vacuum toilet of claim 6, in which the second end of the transfer pipe includes a collar sized to releasably engage and seal with the bowl outlet.

8. The modular vacuum toilet of claim 1, in which a rinse fluid line communicates between the rinse fluid valve inlet and the source of rinse fluid, wherein the rinse fluid valve inlet is releasably connected to the rinse fluid line with a coupling.

9. The modular vacuum toilet of claim 8, in which the coupling is manually releasable.

10. The modular vacuum toilet of claim 1, in which a discharge pipe communicates between the discharge valve outlet and the sewer line, wherein the discharge pipe is adapted for releasable connection to the sewer line.

11. The modular vacuum toilet of claim 1, in which the support structure includes a bracket, and in which fasteners are provided for releasably securing the valve set module to the bracket.

12. The modular vacuum toilet of claim 11, in which the fasteners comprise knurled screws.

US 6,353,942 B1

11

13. A method of servicing a vacuum toilet having a waste receptacle for receiving waste defining an outlet and having a rinse fluid dispenser associated therewith, a stationary frame support having a top with an opening therethrough, the waste receptacle including a sidewall sized for insertion into the opening and having an out-turned flange supported by the top of the support structure, a discharge valve having an inlet in fluid communication with the receptacle outlet, an outlet in fluid communication with a sewer line placeable under partial vacuum pressure, and a moveable discharge valve member disposed between the discharge valve inlet and the discharge valve outlet, a rinse fluid valve having an inlet in fluid communication with a source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a moveable rinse fluid valve member disposed between the rinse fluid valve inlet and the rinse fluid valve outlet, and a flush control unit adapted to control actuation of the discharge valve member and rinse fluid valve member, in which at least one of the discharge valve, rinse fluid valve, flush control unit, and waste receptacle is a line replaceable unit, the method comprising:

removing the faulty line replaceable unit from the toilet; and

installing a new line replaceable unit into the toilet.

14. The method of claim 13, the waste receptacle is the line replaceable unit.

15. The method of claim 14, in which the support structure includes slots, and in which the waste receptacle includes tabs adapted to lockingly engage the slots, thereby to secure the waste receptacle in place.

16. The method of claim 15, in which the tabs are manually releasable to disengage from the slots.

17. The method of claim 13, in which the discharge valve, rinse fluid valve, and flush control unit are integrally provided in a valve set, the valve set being a line replaceable unit.

12

18. The method of claim 13, in which a rinse fluid pipe communicates between the rinse fluid valve outlet and the rinse fluid dispenser, wherein the rinse fluid pipe is releasably attached to the rinse fluid dispenser with a coupling.

19. The method of claim 18, in which the coupling is manually releasable.

20. The method of claim 13, in which a transfer pipe has a first end connected to the discharge valve inlet, and a second end adapted to releasably engage the waste receptacle outlet.

21. The method of claim 20, in which the second end of the transfer pipe includes a collar sized to releasably engage and seal with the waste receptacle outlet.

22. The method of claim 13, in which a rinse fluid line communicates between the rinse fluid valve inlet and the source of rinse fluid, wherein the rinse fluid valve inlet is releasably connected to the rinse fluid line with a coupling.

23. The method of claim 22, in which the coupling is manually releasable.

24. The method of claim 13, in which a discharge pipe communicates between the discharge valve outlet and the sewer line, wherein the discharge pipe is adapted for releasable connection to the sewer line.

25. The method of claim 13, in which the vacuum toilet includes a support structure having a bracket, and in which fasteners are provided for releasably securing the valve set to the bracket.

26. The method of claim 25, in which the fasteners comprise knurled screws.

* * * * *

# EXHIBIT B

(12) **United States Patent** (10) Patent No.: **US 6,536,054 B2**
Anderson et al. (45) Date of Patent: **Mar. 25, 2003**

(54) **VACUUM TOILET BOWL ASSEMBLY HAVING REMOVABLE BOWL**

(75) Inventors: **William Bruce Anderson**, Rockford, IL
(US); **Mark A. Pondelick**, Roscoe, IL
(US); **Jay D. Stradinger**, Roscoe, IL
(US); **Douglas M. Wallace**, Roscoe, IL
(US); **Arthur J. McGowan, Jr.**,
Thornton, CO (US); **Michael B.
Hancock**, Rockford, IL (US); **Ian
Tinkler**, Rockford, IL (US)

(73) Assignee: **Evac International Oy**, Helsinki (FI)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/054,061**

(22) Filed: **Jan. 22, 2002**

(65) **Prior Publication Data**

US 2002/0062519 A1 May 30, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/713,861, filed on Nov.
16, 2000, now Pat. No. 6,347,416.

(51) Int. Cl.$^7$ ............................................... **E03D 11/00**
(52) U.S. Cl. .................................... **4/431**; 4/434; 4/435
(58) Field of Search ............................. 4/300, 316, 420,
4/429, 431–435, 479, 461, 474, DIG. 9,
458–460

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,239,849 A     3/1966  Liljendahl

| | | | |
|---|---|---|---|
| 3,860,973 A | * | 1/1975 | Uyeda et al. ................... 4/332 |
| 3,922,730 A | | 12/1975 | Kemper |
| 3,995,328 A | | 12/1976 | Carolan et al. |
| 4,063,315 A | | 12/1977 | Carolan et al. |
| 4,184,506 A | | 1/1980 | Varis etal. |
| 4,246,925 A | | 1/1981 | Oldfelt |
| 4,275,470 A | | 6/1981 | Badger et al. |
| 4,357,719 A | | 11/1982 | Badger et al. |
| 4,521,925 A | | 6/1985 | Chen et al. |
| 4,713,847 A | | 12/1987 | Oldfelt et al. |
| 5,007,117 A | | 4/1991 | Oldfelt et al. |
| 5,133,583 A | | 7/1992 | Mattsson et al. |
| 5,231,706 A | * | 8/1993 | Kendall .......................... 4/420 |
| 5,271,105 A | * | 12/1993 | Tyler .............................. 4/431 |
| 5,604,938 A | | 2/1997 | Tyler |
| 5,732,417 A | | 3/1998 | Pondelick |
| 5,909,968 A | * | 6/1999 | Olin et al. ...................... 4/431 |
| 6,131,596 A | | 10/2000 | Monson |
| 6,152,160 A | | 11/2000 | Bowder et al. |
| 6,216,285 B1 | | 4/2001 | Olin |

* cited by examiner

*Primary Examiner*—David J. Walczak
*Assistant Examiner*—Tuan Nguyen
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein & Borun

(57) **ABSTRACT**

A vacuum bowl assembly for use in a vacuum toilet posi-
tioned on a support surface and having a discharge valve.
The vacuum bowl assembly comprises a frame having a
bottom member adapted to engage the support surface, and
a top member defining a shoulder. A removable bowl is
provided having a flange extending about an upper edge
sized to engage the shoulder, and an outlet adapted for fluid
communication with the discharge valve.

**17 Claims, 4 Drawing Sheets**



Ex. B

028



FIG. IA



FIG. IB



FIG. 2



FIG. 3



FIG. 4

US 6,536,054 B2

1

## VACUUM TOILET BOWL ASSEMBLY HAVING REMOVABLE BOWL

This is a continuation of U.S. application Ser. No. 09/713,861, filed Nov. 16, 2000, now U.S. Pat. No. 6,347, 416.

### FIELD OF THE INVENTION

The present invention generally relates to toilets and, more particularly, to vacuum toilet systems.

### BACKGROUND OF THE INVENTION

Vacuum toilet systems are generally known in the art for use in both vehicle and stationary applications. A vacuum toilet system typically comprises a bowl for receiving waste having an outlet connected to a vacuum sewer line. A discharge valve is disposed between the bowl outlet and vacuum sewer line to selectively establish fluid communication therebetween. The vacuum sewer line is connected to a collection tank that is placed under partial vacuum pressure by a vacuum source, such as a vacuum pump. When the discharge valve is opened, material in the bowl is transported to the sewer pipe as a result of the pressure difference between the interior of the bowl and the interior of the sewer line. Conventional vacuum toilet systems also include a source of rinse fluid and a rinse fluid valve for controlling introduction of rinse fluid into the bowl.

Repair and maintenance of vacuum toilet systems is often overly time consuming and labor intensive. Maintenance concerns are particularly significant in aircraft applications, in which a number of sub-systems are installed on board. According to general practice in the airline industry, each sub-system includes one or more components which must be replaced in the event of failure, such components being commonly referred to as line replaceable units (LRUs). Presently, the entire toilet assembly is defined as the LRU for the vacuum toilet system. As a result, an airline must stock one or more replacement toilets in case of a toilet failure, so that the replacement toilet may be swapped in for the faulty toilet. A "bench test" is then performed on the faulty toilet to determine which components have failed in the toilet. The faulty components are then repaired or replaced (which may include significant disassembly and reassembly of the toilet) so that the toilet may be reused on another aircraft.

Each of the steps performed during a toilet repair is overly difficult and time consuming. To remove an entire toilet assembly from an aircraft requires disassembly of at least four self-locking mounting fasteners, an electrical connection, a grounding strap, a potable water line connection, and a waste discharge pipe connection. Each connection may be difficult to access, and may require a particular tool in order to loosen and disconnect. The same connections must then be reconnected for the replacement toilet.

Even if it were possible to remove and replace a single toilet component, it would be overly difficult and time consuming to do so. Removal of a component would require disconnection of several wires and pipes, and the components are often located in areas which are difficult to access. Furthermore, it would be difficult to diagnose whether one component or several components had failed. There exists a multitude of combinations of simultaneous component failures, which may lead to trouble-shooting errors and the replacement or repair of non-faulty components.

Certain repairs, which may not require substantial amounts of trouble shooting to identify the failed

2

components, still require significant amounts of disassembly and reassembly. The toilet bowl, for example, is typically formed of stainless steel covered with a non-stick coating that is subject to failure. In conventional toilets, the bowl is a structural, load bearing component that is attached to a base support. In some toilets, the base support is permanently attached to the bowl and therefore the entire toilet must be removed to replace the coating. In other toilets, the bowl is removable from the support base, and therefore fasteners must be removed and the bowl must be disconnected from the rinse fluid and discharge lines. In addition, the rinse ring or nozzle used to direct rinse fluid into the bowl must be removed. Furthermore, if the non-stick coating fails, the bowl must be removed from all of the other toilet components for a re-coating process, steps of which are performed at high temperatures to remove the old coating and apply a new coating to the toilet bowl surface. Accordingly, replacement of a conventional bowl is overly complicated and time consuming.

In addition, the use of the bowl as a structural, load-bearing member in conventional toilets overly limits the selection of bowl materials. Because the bowl must be capable of supporting the weight of a user and any components mounted thereto, it is typically made of a metal such as stainless steel. Because only rigid materials may be used, the selection of materials for use in conventional toilet bowls is overly limited.

### SUMMARY OF THE INVENTION

In accordance with certain aspects of the present invention, a waste receptacle is provided for use in a vacuum toilet system having a discharge valve with an inlet. The waste receptacle comprises a support structure, and a bowl releasably attached to the support structure, the bowl defining an outlet adapted to engage and seal with the discharge valve outlet.

In accordance with additional aspects of the present invention, a vacuum bowl assembly is provided for use in a vacuum toilet positioned on a support surface and having a discharge valve with an inlet. The assembly comprises a frame having a bottom member adapted to engage the support surface, and a top member defining an opening, a pair of slots being formed in the top member. A removable bowl has a sidewall sized for insertion into the opening and a flange carrying a pair of tabs sized to lockingly engage the slots, the bowl defining an outlet adapted for fluid communication with the discharge valve inlet.

In accordance with further aspects of the present invention, a vacuum bowl assembly is provided for use in a vacuum toilet positioned on a support surface and having a discharge valve with an inlet. The assembly comprises a frame having a bottom member adapted to engage the support surface, and a top member defining an opening, a pair of slots being formed in the top member. A removable plastic bowl has a sidewall sized for insertion into the opening and a flange carrying a pair of tabs sized to lockingly engage the slots, the bowl defining an outlet adapted for fluid communication with the discharge valve inlet.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description and its accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are front and rear perspective views, respectively, of a vacuum toilet frame and bowl in accordance with the present invention.

3

FIG. 2 is a schematic diagram of the vacuum toilet of FIG. 1.

FIG. 3 is a top view of the bowl.

FIG. 4 is an enlarged view of a tab used to secure the bowl to the frame.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Referring initially to FIGS. 1A, 1B, and 2, a vacuum toilet 10 suitable for use in vehicle is shown including a frame 20 and bowl 36 in accordance with the present invention. The vehicle is provided with a sewer line 11, a vacuum tank 13 connected to the sewer line 11, and a vacuum source (not shown) for placing the vacuum tank 13 under partial vacuum pressure. The vehicle further includes a source of rinse fluid 15 connected to a rinse fluid supply line 19.

The toilet 10 preferably includes a discharge valve 70 adapted for connection to the vacuum tank, and a rinse valve 72 adapted for connection to the source of rinse fluid. A flush control unit (FCU) 74 is also provided for controlling operation of the discharge valve 70 and rinse valve 72. As shown in the illustrated embodiment, the discharge valve 70, rinse valve 72, and FCU 74 are preferably provided as an integral valve set 8, as described in detail in commonly owned and co-pending U.S. patent application Ser. No. 09/713,870, entitled "Integrated Valve Set For Vacuum Toilet" (Attorney Docket No. 05007/36582), incorporated herein by reference.

The frame 20 is provided for supporting the components of the vacuum toilet 10. As best shown with reference to FIGS. 1A and 1B, the frame 20 includes a bottom member 24 adapted for attachment to a support surface of the vehicle. Vertical supports 26 extend upwardly from the bottom member 24, and a top member 28 is attached to the vertical supports. The top member 28 is formed with an opening 30 near the front, and two slots 29 near the rear thereof. In the illustrated embodiment, an intermediate support 32 is attached between adjacent vertical supports 26, and a bracket 27 is attached to the bottom member 24. The bottom member 24, top member 28, and bracket 27 are preferably formed of sheet metal, while the vertical supports 26 and intermediate support 32 are preferably formed of tube steel, both of which are readily available and inexpensive. Other materials having sufficient rigidity, however, may also be used.

The bowl 36 is provided for receiving waste material. The bowl 36 has a curved sidewall 38 and an out-turned flange 40 extending about an upper edge of the sidewall (FIGS. 1A and 1B). The out-turned flange 40 further includes tabs 39 sized for insertion through the slots 29 formed in the frame top member 28, as best shown in FIG. 4. A bottom of the sidewall is formed in an outlet 42, and the sidewall 38 is sized for insertion into the opening 30 of the frame top member 28. The outlet 42 fluidly communicates with the discharge valve 70 through a transfer pipe 44. The transfer pipe 44 preferably includes a collar 47 sized to frictionally engage and seal with the outlet 42.

To attach the bowl 36 to the frame 20, the bowl 36 is inserted through the opening 30 and positioned so that the tabs 39 are aligned with the slots 29 and the outlet 42 is aligned with the collar 47. The bowl 36 is lowered so that the tabs 39 pass through and lock with the slots 29. Simultaneously, the outlet 42 is inserted into and engages the collar 47. In this position, the out-turned flange 40 closely overlies the frame top member 28 so that downward forces applied to the bowl 36 are transferred to the frame 20. As a

4

result, the bowl 36 is not a load-bearing component, and may be made of non-structural materials such as plastic, thin-walled metal (defined herein as less than approximately 0.040" thick), or other known alternatives. In addition, the bowl 36 is separable from the frame 20 and therefore may be replaced independently from the rest of the toilet 10. Still further, the tabs 39 may be manipulated manually, and therefore no tools are required to install or remove the bowl 36.

At least one rinse fluid dispenser, such as nozzles 46, is provided inside the bowl 36 for directing rinse fluid over the surface of the bowl. As best shown in FIGS. 1A and 1B, a plurality of nozzles 46 are spaced about the bowl sidewall 38 and are oriented to direct rinse fluid over portions of the bowl surface. The number of nozzles may be more or less than that shown, depending on the size of the bowl surface to be rinsed. As used herein, the phrase "rinse fluid dispenser" includes the illustrated nozzles 46, as well as known substitutes, such as spray rings.

A vacuum breaker 33 is positioned above the top edge of the bowl 36, and a first rinse fluid pipe 35a extends from the nozzles 46 to the vacuum breaker 33. A second rinse pipe 35b extends from the vacuum breaker 33 to the rinse valve 72. Quick-disconnect couplings 108a, 108b are provided to connect the first and second rinse fluid pipes 35a, 35b to the vacuum breaker.

The separate frame 20 advantageously allows the bowl 36 to be a line replaceable unit (LRU). When the bowl 36 becomes worn or otherwise needs replacement, a maintenance person may simply disconnect the first rinse fluid pipe 35a using the quick disconnect coupling 108a, manipulate the tabs 39 so that the are disengaged from the slots 29, and pull upward on the bowl 36 to remove the bowl 36 from the frame 20. A new bowl 36 may then be inserted into the frame 20 as described above, and first rinse fluid pipe 35a may be connected to the vacuum breaker 33 using the quick-disconnect coupling 108a. As a result, the entire toilet need not be removed and serviced. The bowl replacement process is not only fast, but does not require the use of any tools. In addition to facilitating bowl removal and replacement, the frame 20 allows a wider range of materials to be used for the bowl 36, since the frame 20, rather than the bowl 36, supports the load.

The foregoing detailed description has been given for clearness of understanding only, and no unnecessary limitations should be understood therefrom, as modifications would be obvious to those skilled in the art.

What is claimed is:

1. A waste receptacle assembly for use in a vacuum toilet system having an inlet coupling, the waste receptacle assembly comprising:

a frame including at least two vertical supports and a top member attached to the at least two vertical supports, the top member defining an opening and having a receptacle engaging portion; and

a receptacle sized for at least partial insertion through the frame top member opening, the receptacle having an abutting portion positioned to engage the receptacle engaging portion of the frame when the receptacle is at least partially inserted through the frame top member opening thereby to maintain the receptacle in an installed position, the receptacle further having an outlet sized and adapted for releasable sealing engagement with the inlet coupling when the receptacle is in the installed position;

wherein the receptacle is toollessly inserted into and removed from the installed position independent of the frame.

US 6,536,054 B2

5

2. The assembly of claim **1**, in which the frame includes at least one slot, and in which the receptacle includes a tab adapted to lockingly engage the slot, thereby to secure the receptacle in the installed position.

3. The assembly of claim **2**, in which the tab is toollessly releasable to disengage from the slot.

4. The assembly of claim **1**, in which the top member of the frame further defines the receptacle engaging portion.

5. The assembly of claim **4**, in which the receptacle includes a flange defining the abutting portion of the receptacle.

6. The assembly of claim **1**, in which the vacuum waste system further comprises a rinse valve and a rinse fluid pipe, and in which the receptacle further comprises a rinse fluid dispenser adapted for toollessly releasable attachment to the rinse fluid pipe.

7. The assembly of claim **1**, in which the receptacle is made of a plastic material.

8. The assembly of claim **1**, in which the receptacle is made of a thin-walled steel.

9. The assembly of claim **1**, in which the receptacle is formed as a toilet bowl.

10. A method of toollessly replacing a receptacle of a waste receptacle assembly used in a vacuum toilet system having an inlet coupling, the waste receptacle assembly including a frame including at least two vertical supports and a top member attached to the at least two vertical supports defining an opening, the frame further having a receptacle engaging portion, the receptacle being sized for at least partial insertion through the frame top member opening and having an abutting portion positioned to engage the receptacle engaging portion of the frame to maintain the receptacle in an installed position, the receptacle further having an outlet sized and adapted for releasable sealing engagement with the inlet coupling, the method comprising:

lifting the receptacle while leaving the frame in place so that the abutting portion of the receptacle disengages from the receptacle receiving portion of the frame and the receptacle outlet disengages from the inlet coupling;

6

withdrawing the receptacle through the frame top member opening to remove the receptacle from the frame;

providing a new receptacle sized for at least partial insertion through the frame top member opening having an abutting portion positioned to engage the receptacle engaging portion of the frame and an outlet sized to sealingly engage the inlet coupling; and

inserting a new receptacle at least partially through the frame top member opening so that the abutting portion of the new receptacle contacts the receptacle engaging portion of the frame and the outlet of the new receptacle engages the inlet coupling.

11. The method of claim **10**, in which the frame includes at least one slot, and in which each of the receptacle and new receptacle includes a tab adapted to lockingly engage the slot, wherein the tab of the receptacle is removed from the slot during the lifting step and the tab of the new receptacle is inserted into the slot during the inserting step.

12. The method of claim **10**, in which the top member of the frame further defines the receptacle engaging portion.

13. The method of claim **12**, in which the each of the receptacle and new receptacle includes a flange defining the abutting portion.

14. The method of claim **10**, in which the vacuum waste system further comprises a rinse valve and a rinse fluid pipe, and in which each of the receptacle and new receptacle further comprises a rinse fluid dispenser, the method further comprising detaching the rinse fluid dispenser of the receptacle from the rinse fluid pipe prior to the lifting step and attaching the rinse fluid dispenser of the new receptacle to the rinse fluid pipe after the inserting step.

15. The method of claim **10**, in which the receptacle is made of a plastic material.

16. The method of claim **10**, in which the receptacle is made of a thin-walled steel.

17. The method of claim **10**, in which the receptacle is formed as a toilet bowl.

\* \* \* \* \*

# EXHIBIT C

(12) **United States Patent**
Pondelick et al.

(10) Patent No.: **US 6,536,055 B2**
(45) Date of Patent: **\*Mar. 25, 2003**

(54) **MODULAR VACUUM TOILET WITH LINE REPLACEABLE UNITS**

(75) Inventors: **Mark A. Pondelick**, Roscoe, IL (US); **Jay D. Stradinger**, Roscoe, IL (US); **William Bruce Anderson**, Rockford, IL (US); **Arthur J. McGowan, Jr.**, Thornton, CO (US); **Douglas M. Wallace**, Roscoe, IL (US); **Ian Tinkler**, Rockford, IL (US); **Michael B. Hancock**, Rockford, IL (US)

(73) Assignee: **Evac International Oy**, Helsinki (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/061,681**

(22) Filed: **Feb. 1, 2002**

(65) **Prior Publication Data**

US 2002/0069459 A1 Jun. 13, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/713,892, filed on Nov. 16, 2000, now Pat. No. 6,353,942.

(51) Int. Cl.⁷ ............................................. **E03D 11/00**
(52) U.S. Cl. ...................... **4/431**; 4/434; 4/435; 137/588; 137/595
(58) Field of Search ............................... 4/300, 316, 420, 4/431–435, 458; 137/588, 595

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,239,849 A | 3/1966 | Lilgendahl | |
| 3,860,973 A | * 1/1975 | Uyeda et al. | ..................... 4/435 |
| 3,922,730 A | 12/1975 | Kemper | |
| 3,995,328 A | 12/1976 | Carolan et al. | |
| 4,063,315 A | 12/1977 | Carolan et al. | |

| | | | |
|---|---|---|---|
| 4,184,506 A | 1/1980 | Varis et al. | |
| 4,246,925 A | 1/1981 | Oldfelt | |
| 4,275,470 A | 6/1981 | Badger et al. | |
| 4,357,719 A | 11/1982 | Badger et al. | |
| 4,521,925 A | 6/1985 | Chen et al. | |
| 4,713,847 A | 12/1987 | Oldfelt et al. | |
| 5,007,117 A | 4/1991 | Oldfelt et al. | |
| 5,133,853 A | 7/1992 | Mattsson et al. | |
| 5,271,105 A | * 12/1993 | Tyler | .............................. 4/431 |
| 5,604,938 A | 2/1997 | Tyler | |
| 5,732,417 A | 3/1998 | Pondelick | |
| 5,909,968 A | * 6/1999 | Olin et al. | ....................... 4/431 |
| 6,131,596 A | 10/2000 | Monson | |
| 6,152,160 A | 11/2000 | Bowden Wilcox et al. | |
| 6,216,285 B1 | 4/2001 | Olin | |

* cited by examiner

*Primary Examiner*—David J. Walczak
*Assistant Examiner*—Tuan Nguyen
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein & Borun

(57) **ABSTRACT**

A modular vacuum toilet, and a method of servicing such a toilet, are disclosed. The toilet is used with a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid. The modular vacuum toilet comprises a frame and a removable bowl engaging and supported be the frame, the bowl defining an outlet and having a rinse fluid dispenser associated therewith. The modular vacuum toilet also has a valve set module. The valve set module includes a discharge valve having an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a movable discharge valve member disposed between the discharge valve inlet and outlet. A rinse fluid valve is also incorporated into the valve set module and has an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet. The valve set module further includes a flush control unit having a circuit board operably connected to the discharge valve and rinse fluid valve for controlling actuation of the discharge valve member and rinse fluid valve member.

**28 Claims, 9 Drawing Sheets**



Ex. C

036



FIG. 1A

FIG. 1B





FIG.2

FIG.3



FIG. 4





FIG. 5B

FIG. 5A



FIG. 6

F1G. 7A



F1G. 7C



FIG. 7B



FIG. 7D



US 6,536,055 B2

1

## MODULAR VACUUM TOILET WITH LINE REPLACEABLE UNITS

This is a continuation of U.S. Application Ser. No. 09/713,892 filed Nov. 16, 2000 now U.S. Pat. No. 6,353, 942.

### FIELD OF THE INVENTION

The present invention generally relates to toilets and, more particularly, to vacuum toilet systems.

### BACKGROUND OF THE INVENTION

Vacuum toilet systems are generally known in the art for use in both vehicle and stationary applications. A vacuum toilet system typically comprises a bowl for receiving waste having an outlet connected to a vacuum sewer line. A discharge valve is disposed between the bowl outlet and vacuum sewer line to selectively establish fluid communication therebetween. The vacuum sewer line is connected to a collection tank that is placed under partial vacuum pressure by a vacuum source, such as a vacuum blower. When the discharge valve is opened, material in the bowl is transported to the sewer pipe as a result of the pressure difference between the interior of the bowl and the interior of the sewer line. Conventional vacuum toilet systems also include a source of rinse fluid and a rinse fluid valve for controlling introduction of rinse fluid into the bowl.

The components of a conventional vacuum toilet are typically provided separately and are overly difficult to assemble. The discharge valve is typically mounted in a first position, while the rinse valve is mounted in a second, separate position. A flush control unit (FCU) is mounted remote from both valves and provides control signals to the discharge and rinse valve actuators. Accordingly, various mounting brackets, tubing, and wires are needed to interconnect the various components, making assembly overly complicated and time-consuming.

In addition, the separate components used in conventional vacuum toilets make repair and maintenance overly time consuming and labor intensive. Maintenance concerns are particularly significant in aircraft applications, in which a number of sub-systems are installed on board. According to general practice in the airline industry, each sub-system includes one or more components which must be replaced in the event of failure, such replacement components being commonly referred to as line replaceable units (LRUs). Presently, the entire vacuum toilet is defined as the LRU for the vacuum toilet system. As a result, an airline must stock one or more replacement toilets in the event of a toilet failure, so that the replacement toilet may be swapped in for the faulty toilet. A "bench test" is then performed on the faulty toilet to determine which components have failed in the toilet. The faulty components are then repaired or replaced (which may include significant disassembly and reassembly of the toilet) so that the toilet may be reused on another aircraft.

Each of the steps performed during a toilet repair is overly difficult and time consuming. To remove an entire toilet assembly from an aircraft requires disassembly of at least four self-locking mounting fasteners, an electrical connection, a grounding strap, a potable water line connection, and a waste discharge pipe connection. Each connection may be difficult to access, and may require a particular tool in order to loosen and disconnect. The same connections must then be reconnected for the replacement toilet.

2

Even if it were possible to remove and replace a single toilet component, it would be overly difficult and time consuming to do so. Removal of a component would require disconnection of several wires and pipes, and the components are often located in areas which are difficult to access. Furthermore, it would be difficult to diagnose whether one component or several components had failed. There exists a multitude of combinations of simultaneous component failures, which may lead to trouble-shooting errors and the replacement or repair of non-faulty components.

In view of the foregoing, it is apparent that the replacement and repair of conventional toilets is overly time consuming, and requires an airline to maintain a large stock of replacement toilets in the event of equipment failure.

Other repairs, which may not require substantial amounts of trouble shooting to identify the failed components, still require significant amounts of disassembly and reassembly. The toilet bowl, for example, is typically formed of stainless steel covered with a non-stick coating that is subject to failure. In conventional toilets, the bowl is a structural, load bearing component that is attached to a base support. In some toilets, the base support is permanently attached to the bowl and therefore the entire toilet must be removed to replace the coating. In other toilets, the bowl is removable from the support base, and therefore fasteners must be removed and the bowl must be disconnected from the rinse fluid and discharge lines. In addition, the rinse ring or nozzle used to direct rinse fluid into the bowl must be removed. Furthermore, if the non-stick coating fails, the bowl must be removed from all of the other toilet components for a re-coating process, steps of which are performed at high temperature to remove the old coating and apply a new coating to the toilet bowl surface. Accordingly, the replacement of a conventional toilet bowl is overly complicated and time consuming.

From the foregoing, it will be appreciated that a number of toilets must be kept in stock for replacement in the event of a faulty toilet. The number of stock toilets is further increased due to the left-handed and right-handed discharge configurations of conventional vacuum toilets. Typically, the component layout of a conventional vacuum toilet must be modified according to the type of discharge configuration desired. In addition, different components maybe required, such as a toilet bowl with a left-handed or right-handed discharge. As a result, an airline must have both left- and right-handed discharge replacement toilets on hand, thereby increasing the number of stock parts required.

From the above, it will be appreciated that a need exists for a vacuum toilet that is easier to maintain and which reduces the number of stock parts required.

### SUMMARY OF THE INVENTION

In accordance with certain aspects of the present invention, a modular vacuum toilet is provided for use in a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid. The modular vacuum toilet comprises a support structure, and a removable bowl supported by the support structure, the bowl defining an outlet and having a rinse fluid dispenser associated therewith. A valve set module is provided having a discharge valve with an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a movable discharge valve member disposed between the discharge valve inlet and outlet; a rinse fluid valve having an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse

US 6,536,055 B2

3

fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet; and a flush control unit having a circuit board operably connected to the discharge. valve and rinse fluid valve for controlling actuation of the discharge valve member and rinse fluid valve member.

In accordance with additional aspects of the present invention, a method of servicing a vacuum toilet is provided, in which the vacuum toilet is attached to a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid, and in which the vacuum toilet includes a waste receptacle defining an outlet and having a rinse fluid dispenser associated therewith. The method comprises providing a first valve set module having a discharge valve with an inlet adapted to engage the receptacle outlet and an outlet adapted for releasable connection to the sewer line, a rinse fluid valve with an inlet adapted for releasable connection to the source of rinse fluid and an outlet adapted for releasable connection to the rinse fluid dispenser, and a flush control unit adapted to control operation of the discharge valve and rinse fluid valve. The discharge valve is detached from the bowl outlet, discharge valve outlet from the sewer line, the rinse fluid valve inlet from the rinse fluid source, and the rinse fluid valve outlet from the rinse fluid line, and the valve set module is removed from the vacuum toilet. A second valve set module is inserted into the vacuum toilet, the second valve set module including a discharge valve with an inlet adapted to engage the receptacle outlet and an outlet adapted for releasable connection to the sewer line, a rinse fluid valve with an inlet adapted for releasable connection to the source of rinse fluid and an outlet adapted for releasable connection to the rinse fluid dispenser, and a flush control unit adapted to control operation of the discharge valve and rinse fluid valve. The second valve set discharge valve inlet is then attached to the bowl outlet, the discharge valve outlet to the sewer line, the rinse fluid valve inlet to the rinse fluid source, and the rinse fluid valve outlet to the rinse fluid line.

In accordance with further aspects of the present invention, a method of servicing a vacuum toilet is provided wherein the toilet has a receptacle for receiving waste defining an outlet and includes a rinse fluid dispenser associated therewith. A discharge valve has an inlet in fluid communication with the receptacle outlet, an outlet in fluid communication with a sewer line placeable under partial vacuum pressure, and a moveable discharge valve member disposed between the discharge valve inlet and the discharge valve outlet. A rinse fluid valve has an inlet in fluid communication with a source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a moveable rinse fluid valve member disposed between the rinse fluid valve inlet and the rinse fluid valve outlet. A flush control unit is adapted to control actuation of the discharge valve member and rinse fluid valve member, in which at least one of the discharge valve, rinse fluid valve, flush control unit, and waste receptacle is a line replaceable unit. The method comprises removing the faulty line replaceable unit from the toilet, and installing a new line replaceable unit into the toilet.

In accordance with still further aspects of the present invention, a valve set is provided for use in a vacuum toilet system having a sewer pipe placeable under partial vacuum pressure. The valve set comprises a discharge valve having an outlet, and an outlet pipe attached to the discharge valve outlet and defining a branch. A discharge pipe has a first end adapted to releasably engage the sewer pipe and a second end releasably attachable to the branch in at least a first

4

position corresponding to a left-handed discharge configuration and a second position corresponding to a right-handed discharge configuration.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description and its accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are front and rear perspective views, respectively, of a modular vacuum toilet in accordance with the present invention.

FIG. 2 is a schematic diagram of the vacuum toilet of FIG. 1.

FIG. 3 is an enlarged view of a tab used to secure a bowl to the frame.

FIG. 4 is an enlarged perspective view of the valve set incorporated into the vacuum toilet of FIG. 1.

FIGS. 5A and 5B are perspective views of a discharge valve and actuator incorporated into the valve set.

FIG. 6 is a side elevation view, in cross-section, of a rinse valve assembly incorporated into the valve set.

FIGS. 7A–D are side elevation views, in cross-section, of the rinse valve assembly showing the various stages of a rinse cycle.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring initially to FIGS. 1A, 1B, and 2, a modular vacuum toilet suitable for use in a vehicle, in accordance with the present invention, is generally referred to with reference numeral 10. The modular vacuum toilet 10 generally includes a valve set 8, a frame 20, and a bowl 36. The vehicle is provided with a sewer line 11, a vacuum tank 13 connected to the sewer line 11, and a vacuum source (not shown) for placing the vacuum tank 13 under partial vacuum pressure. The vehicle further includes a source of rinse fluid 15 connected to a rinse fluid supply line 19.

The frame 20 is provided for supporting the components of the vacuum toilet 10. As best shown with reference to FIGS. 1A and 1B, the frame 20 includes a bottom member 24 adapted for attachment to a support surface of the vehicle. Vertical supports 26 extend upwardly from the bottom member 24, and a top member 28 is attached to the vertical supports 26. The top member 28 is formed with an opening 30 near the front and two slots 29 near the rear thereof. In the illustrated embodiment, an intermediate support 32 is attached between adjacent vertical supports 26, and a bracket 27 is attached to the bottom member 24. The bottom member 24, top member 28, and bracket 27 are preferably formed of sheet metal, while the vertical supports 26 and intermediate support 32 are preferably formed of tube steel, both of which are readily available and inexpensive. Other materials having sufficient rigidity, however, may also be used.

The bowl 36 is provided for receiving waste material. The bowl 36 has a curved sidewall 38 and an out-turned flange 40 extending about an upper edge of the sidewall (FIGS. 1A and 1B). The out-turned flange 40 further includes tabs 39 sized for insertion through the slots 29 formed in the frame top member 28, as best shown in FIG. 3. A bottom of the sidewall is formed in an outlet 42, and the sidewall 38 is sized for insertion into the opening 30 of the frame top member 28. The outlet 42 fluidly communicates with a discharge valve 70 through a transfer pipe 44. The transfer

5

pipe 44 preferably includes a collar 47 sized to frictionally engage and seal with the outlet 42.

To attach the bowl 36 to the frame 20, the bowl 36 is inserted through the opening 30 and positioned so that the tabs 39 are aligned with the slots 29 and the outlet 42 is aligned with the collar 47. The bowl 36 is lowered so that the tabs 39 pass through and lock with the slots 29. Simultaneously, the outlet 42 is inserted into and engages the collar 47. In this position, the out-turned flange 40 closely overlies the frame top member 28 so that downward forces applied to the bowl 36 are transferred to the frame 20. As a result, the bowl 36 is not a load-bearing component, and may be made of non-structural materials such as plastic, thin-walled metal (defined herein as less than approximately 0.040" thick), or other known alternatives. In addition, the bowl 36 is separable from the frame 20 and therefore may be replaced independent from the rest of the toilet 10. Still further, the tabs 39 may be manipulated manually, and therefore no tools are required to install or remove the bowl 36.

At least one rinse fluid dispenser, such as nozzles 46, is provided inside the bowl 36 for directing rinse fluid over the surface of the bowl. As best shown in FIGS. 1A and 1B, a plurality of nozzles 46 are spaced about the bowl sidewall 38 and are oriented to direct rinse fluid over portions of the bowl surface. The number of nozzles may be more or less than that shown, depending on the size of the bowl surface to be rinsed. As used herein, the phrase "rinse fluid dispenser" includes the illustrated nozzles 46, as well as known substitutes, such as spray rings.

A vacuum breaker 33 is positioned above the top edge of the bowl 36, and a first rinse fluid pipe 35a extends from the nozzles 46 to the vacuum breaker 33. A second rinse fluid pipe 35b extends from the vacuum breaker 33 to a rinse valve 72. Quick-disconnect couplings 108a, 108b are provided to connect the first and second rinse fluid pipes 35a, 35b to the vacuum breaker 33.

The separate frame 20 advantageously allows the bowl 36 to be a line replaceable unit (LRU). When the bowl 36 becomes worn or otherwise needs replacement, a maintenance person may simply disconnect the first rinse fluid pipe 35a using the quick disconnect coupling 108a, manipulate the tabs 39 so that the are disengaged from the slots 29, and pull upward on the bowl 36 to remove the bowl 36 from the frame 20. A new bowl 36 may then be inserted into the frame 20 as described above, and the first rinse fluid pipe 35a maybe connected to the vacuum breaker 33 using the quick-disconnect coupling 108a. As a result, the entire toilet need not be removed and serviced. In addition to facilitating bowl removal and replacement, the frame 20 allows a wider range of materials to be used for the bowl 36, since the frame 20, rather than the bowl 36, supports the load.

As best shown in FIG. 1A, the valve set 8 is mounted to the frame bracket 27. The valve set 8 is preferably attached to the bracket 27 using fasteners that may be manipulated by hand, such as knurled screws 37. The valve set 8 includes four sub-components: a discharge valve 70, a rinse valve 72, a flush control unit (FCU) 74, and an actuator 76 (FIG. 4). The discharge valve 70 includes a discharge valve housing 78 divided into two halves 78a, 78b. As best shown in FIGS. 5A and 5B, the housing 78 includes a pair of inlets 79, 80 formed in the housing half 78a aligned with a pair of outlets 81, 82 formed in the housing half 78b.

The housing 78 further defines a chamber for receiving a discharge valve member, such as valve disk 83. An axle 84 is attached to the valve disk 83 has two ends 84a, 84b. Holes

6

are formed in the housing halves 78a, 78b, sized to receive the axle ends 84a, 84b, respectively, so that the disk 83 is supported for rotation about the axle 84. The periphery of the disk 83 is formed with gear teeth 85, and a pair of apertures 86, 87 are formed through the disk 83. The apertures 86, 87 are spaced so that both register simultaneously with the associated inlet/outlet pairs 79/81, 80/82 as the disk 83 rotates. In the illustrated embodiment, the apertures 86, 87 and associated inlet/outlet pairs 79/81, 80/82 are spaced 180 degrees apart.

According to the illustrated embodiment, the inlet 79 is connected to one end of the transfer pipe 44, with the other end of the transfer pipe 44 being attached to the bowl outlet 42. An air intake check valve 45 is attached to the other inlet 80, and is oriented to allow fluid to flow into the inlet 80 while preventing fluid from discharging out of the check valve 45 (FIGS. 1A and 2). A U-shaped outlet pipe 12 (FIG. 1B) has a first end connected to the outlet 81 and a second end connected to the outlet 82. The outlet pipe 12 further has a branch 17 leading to a discharge pipe 21.

In accordance with certain aspects of the present invention, the branch 17 and discharge pipe 21 are adapted to provide both right- and left-handed discharge configurations. As best shown in FIG. 1B, the branch 17 includes a pair of spaced pins 160 (only one shown in FIG. 1B) and the discharge pipe 21 a pair of spaced J-shaped slots 162 (only one shown in FIG. 1B) positioned to engage the pins, so that the discharge pipe 21 is removably attached to the branch 17. The pins 160 and J-shaped slots 162 are preferably spaced 180 degrees apart, so that the discharge pipe 21 maybe positioned for either right- or left-handed discharge simply by rotating the discharge pipe 21 before attachment, without requiring changes to the other toilet components. The free end of the discharge pipe 21 is adapted for releasable connection to the sewer line 11, such as with a clam shell coupling (not shown).

In operation, when the disk apertures 86, 87 are aligned with the inlet/outlet pairs 79/81, 80/82, the discharge valve 70 not only transfers waste from the transfer pipe 44 to the sewer line 11, but also pulls additional air into the sewer line 11 through the air intake check valve 45. The additional air intake reduces noise that is normally generated during a flush.

The actuator 76 is provided for driving the valve disk 83. As best shown in FIG. 5A, the actuator 76 includes a spur gear 90 enmeshed with the gear teeth 85 formed about the periphery of the disk 83. The spur gear 90 is mounted to a rotatable shaft 92, and a drive is provided for rotating the shaft 92. The FCU 74 is operably coupled to the actuator 76 to control operation of the actuator. According to the illustrated embodiment, the disk 83 may be rotated in a single direction by ninety degree increments to open and close the discharge valve 70. Alternatively, the disk 83 may also be reciprocated back and forth across a ninety degree arc to open and close the valve 70, or the disk 83 may be controlled in other manners according to other disk designs and layouts.

The rinse valve 72 is provided for controlling flow of rinse fluid to the bowl 36. As best shown in FIG. 6, the rinse valve 72 comprises a housing block 100 formed with an inlet bore 101, defining an inlet 102, and an outlet bore 103. The inlet bore 102 is adapted for connection to the rinse fluid line 19 via a quick-disconnect coupling (not shown). An insert 104 is positioned in a downstream portion of the outlet bore 103 and defines an outlet 105. The outlet end of the insert 104 is barbed to secure one end of the second rinse fluid pipe 35b

7

thereto, while the opposite end of the second rinse fluid pipe 35b has the quick-disconnect coupling 108b (FIGS. 1A and 1B). A poppet valve bore 106 is also formed in the housing block 100, and fluidly communicates with the inlet bore 101. An annular recess 107 is formed in the housing block 100 concentric with the poppet valve bore 106 to establish fluid communication between the poppet valve bore 106 and the outlet bore 103.

The rinse valve 72 includes a rinse valve member, such as a ball valve 110, which is disposed in the outlet bore 103 for selectively establishing fluid communication between the outlet bore 103 and the outlet 105. The ball valve 110 includes a shaft 111 and a valve member 112 having a flow passage 113 extending therethrough. A seal 114 is provided downstream of the valve member 112 for preventing leakage between the valve member 112 and the downstream portion of the outlet bore 103. As shown in FIG. 6, the flow passage 113 is perpendicular to the outlet bore 103, thereby preventing fluid flow. The ball valve 110 is rotatable, however, to align the flow passage 113 with the outlet bore 103, thereby establishing fluid communication between the upstream portion of the outlet bore 103 and outlet 105.

In the preferred embodiment, the top of the shaft 111 is adapted to mechanically engage the axle end 84a, as best shown in FIG. 4, so that rotation of the disk 83 also rotates the ball valve 110. In the illustrated embodiment, the shaft 111 is formed with a key 115, while the axle end 84a has a slot 116 sized to receive the key 115. As a result, a separate actuator is not required to actuate the ball valve 110, thereby reducing cost and space requirements for the toilet.

The rinse valve 72 further includes a fuse valve 120 for metering rinse fluid flow through the rinse valve when the ball valve 110 is open. As used herein, the phrase "fuse valve" indicates a valve that actuates after a set value of fluid has passed therethrough. As best shown in FIG. 6, a bonnet 121 is attached to the housing block 100 to close off the poppet valve bore 106 and the recess 107. A flexible diaphragm 122 is attached between the housing block 100 and the bonnet 121 to define a pilot chamber 117 above the diaphragm 122 and a flow chamber 118 below the diaphragm 122. As illustrated at FIG. 6, the diaphragm 122 is in a closed position, in which the diaphragm 122 engages an annular intermediate wall 123 extending between the poppet valve bore 106 and recess 107, thereby closing off fluid communication between the poppet valve bore 106 and recess 107. A poppet valve 124 is disposed inside the poppet valve bore 106 and is attached to the diaphragm 122, so that the poppet valve 124 moves with the diaphragm 122. The top of the poppet valve 124 is formed with a pilot port 125, and flow ports 126 extend radially through a sidewall of the poppet valve 124. A spring 127 is disposed in the poppet valve port for biasing the diaphragm 122 away from the intermediate wall 123 toward an open position, in which fluid communication is established between the poppet valve bore 106 and the recess 107.

The fuse valve 120 limits the amount of rinse fluid allowed to flow through the rinse valve 72 when the ball valve 110 is open. During operation, the ball valve 110 is normally in a closed position to prevent flow of rinse fluid through the rinse valve 72. The rinse fluid flows through both the pilot port 125 to register at the pilot chamber 117, and through the flow ports 126 to register in the flow chamber 118. Because there is no rinse fluid flow, the rinse fluid pressure is the same in both the pilot chamber 117 and the flow chamber 118, so that the spring 127 urges the diaphragm 122 and poppet valve 124 to the open position, as shown in FIG. 7A.

8

In response to a flush command, the ball valve 110 is rotated to the open position so that the ball valve flow passage 113 communicates the outlet bore 103 to the outlet 105, thereby creating fluid flow through the valve 72 (FIG. 7B). During fluid flow, the rinse fluid experiences a pressure drop as it passes through the flow ports 126, thereby reducing the fluid pressure in the flow chamber 118 while the pressure in the pilot chamber 117 stays substantially the same. The resulting pressure differential across the diaphragm 122 ultimately overcomes the force of the spring 127 so that the diaphragm 122 and poppet valve 124 move to the closed position, as shown in FIG. 7C. When the diaphragm is in the closed position, fluid flow through the rinse valve 72 is again cut off, this time by the engagement of the diaphragm 122 with the intermediate wall 123. Because of the fuse valve 120, the volume of rinse fluid passing through the open ball valve 110 is substantially constant from flush to flush, regardless of the rinse fluid pressure supplied to the rinse valve 72. It will also be appreciated that the fuse valve 120 provides a redundant shut-off, so that the ball valve 110 or the fuse valve 120 may be used to stop rinse fluid flow should the other fail.

The rinse valve 72 further includes a face valve 130 for returning the diaphragm 122 back to the open position after the ball valve 110 is subsequently closed. Referring to FIG. 6, a bypass bore 131 is formed in the housing block 100 that connects the inlet bore 101 to an auxiliary bore 132. A reset bore 134 intersects the bypass bore 131 and communicates with a ball valve bore 135 formed in the housing block 100. A reset insert 136 is inserted in the reset bore 134 and has a top surface adapted to engage a bottom of the ball valve 110. The ball valve 110 is formed with reset passages 137 extending into the ball valve 110 to a transverse passage 138 extending entirely through the ball valve 110. The reset passages 137 are located on the ball valve 110 so that they align with the reset insert 136 only when the ball valve 110 is in the closed position. The seal 114 prevents rinse fluid from leaking from the transverse passage 138 to the outlet 105. No seal is provided upstream of the ball valve 110 so that, when one of the reset passages 137 is aligned with the insert 136, fluid communication is established from the inlet bore 101, through the bypass and reset bores 131, 134 and one of the reset passages 137 to the flow chamber 118.

According to the illustrated embodiment, the rinse valve 72 also includes a drain valve 133 disposed in the auxiliary bore 132 to provide freeze protection, as is well known in the art.

In operation, the diaphragm 122 moves to the closed position while the ball valve 110 is open, thereby stopping rinse fluid flow through the rinse valve 72 (FIG. 7C). With the ball valve 110 in the open position, neither reset passage 137 is aligned with the reset insert 136. The ball valve 110 is subsequently closed, thereby aligning one of the reset passages 137 with the insert 136 and establishing fluid communication from the inlet bore 101 to the flow chamber 118 (FIG. 7D). The incoming rinse fluid pressure registers at the flow chamber 118, so that the flow chamber reaches the same pressure as the pilot chamber 117. With the differential pressure across the diaphragm 121 removed, the spring 127 is again allowed to urge the diaphragm 121 to the open position, thereby resetting the fuse valve 120 to the position shown in FIG. 7A.

In the preferred embodiment, a position sensor is used to provide feedback regarding poppet valve position feedback. In the illustrated embodiment, a magnet 140 is attached to the poppet valve 124, and a hall effect switch 141 is located outside of the bonnet 121 in a switch enclosure 142 attached

US 6,536,055 B2

**9**

to the bonnet **121** (FIG. 6). The hall effect switch **141** provides a signal that varies according to the position of the magnet **140** to indicate the position of the poppet valve **124**. The poppet valve position signal may be used for diagnostic purposes such as fault detection by comparing the position signal to the position of the disk **83** or ball valve **110**.

The FCU **74** comprises a housing **150** attached to the discharge valve housing half **78***b* opposite the rinse valve **72** (FIG. 4). The housing **150** encloses one or more circuit boards (not shown) for controlling operation of the toilet **10**. In addition to the typical inputs and outputs, the FCU **74** also receives feedback from the poppet valve position sensor **141**.

The FCU housing **150** further houses a position sensor for determining the position of the disk **83**. As best shown in FIG. 5A, magnets **152** are attached to the axle end **84***b* of the disk **83**. The axle end **84***b* extends into the FCU housing **150**, so that the magnets **152** are positioned proximal the control board. Hall effect switches **154** are provided directly on the circuit board for sensing the magnets **152** and thus determining the rotational position of the disk **83**. In the illustrated embodiment, a pair of magnets **152** are attached to the axle end **84***b*, and a pair of hall effect switches **154** are attached to the circuit board. The switches **154** actuate between on and off positions depending on the proximity of the magnets, thereby indicating the position of the disk **83**. As a result, the position of the disk **83** is directly sensed rather than inferring disk position based on actuator position. In addition, the switches **154** are located inside the FCU housing **150** and are therefore isolated from contamination due to lubrication or other material.

With the above construction, the valve set **8** is quickly and easily removed and replaced. To remove the valve set **8**, the discharge pipe **21** is disconnected from the sewer line **11**, the rinse valve inlet **102** is disconnected from the rinse supply line **19**, and the quick-disconnect coupling **108***b* of the second rinse fluid pipe **35***b* is disconnected from the vacuum breaker **33**. The knurled screws **37** are then removed from the bracket **27** and the valve set **8** with attached transfer pipe **44** is lowered so that the transfer pipe disengages the bowl outlet **42**. Thus the valve set **8** is removed with the transfer pipe **44**, outlet pipe **12**, discharge pipe **21**, and second rinse pipe **35***b*. A new valve set **8**, also having a new transfer pipe **44**, outlet pipe **12**, discharge pipe **21**, and second rinse pipe **35***b* may then be attached to the bracket **27** and reconnected.

From the foregoing, it will be appreciated that the valve set **8** of the present invention incorporates all of the valve and control apparatus. The rinse valve **72**, FCU **74**, and actuator **76** are all mounted to the discharge valve **70** to create an LRU, wherein a single module may be targeted for maintenance in the event of a valve or control failure. The wiring between the components may remain in place so that, in the event of a valve or control failure, only the piping connections between the valve set **8** and the drain, sewer, and rinse water piping need be undone to remove the valve set **8**.

Maintenance of the modular vacuum toilet **10** is entirely different from that of conventional vacuum toilets. Instead of defining the entire toilet as an LRU, the toilet **10** defines individual components or groups of components as LRUs. The bowl **36** may be independently removed from the toilet **10** and replaced. Similarly, the valve set **8** may be separately removed from the toilet **10**. Furthermore, the individual components may be quickly removed with the use of few or no tools.

The branch **17** and discharge pipe **21** of the valve set **8** are adapted to provide both right- and left-handed discharge

**10**

configurations without additional modifications to the other toilet components, thereby further reducing the number of parts needed in stock.

The foregoing detailed description has been given for clearness of understanding only, and no unnecessary limitations should be understood therefrom, as modifications would be obvious to those skilled in the art.

What is claimed is:

1. A modular vacuum toilet for use in a vacuum toilet system having a sewer line placeable under partial vacuum pressure and a source of rinse fluid, the modular vacuum toilet comprising:

a support structure;

a removable bowl supported by the support structure, the bowl defining an outlet and having a rinse fluid dispenser associated therewith, the bowl defining a first line replaceable unit;

a valve set module defining a second line replaceable unit, the valve set module including:

a discharge valve having an inlet in fluid communication with the bowl outlet, an outlet in fluid communication with the sewer line, and a movable discharge valve member disposed between the discharge valve inlet and outlet;

a rinse fluid valve having an inlet in fluid communication with the source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a movable rinse fluid valve member disposed between the rinse fluid valve inlet and outlet; and

a flush control unit having a circuit board operably connected to the discharge valve and rinse fluid valve for controlling actuation of the discharge valve member and rinse fluid valve member;

wherein the first line replaceable unit is independently replaceable from the toilet and the second line replaceable unit; and

wherein the second line replaceable unit is independently replaceable from the toilet and the first line replaceable unit.

2. The modular vacuum toilet of claim 1, in which the support structure comprises a frame.

3. The modular vacuum toilet of claim 2, in which the frame defines an opening, and in which the bowl includes a sidewall sized for insertion into the opening.

4. The modular vacuum toilet of claim 1, in which the support structure includes slots, and in which the bowl includes tabs adapted to lockingly engage the slots, thereby to secure the bowl in place.

5. The modular vacuum toilet of claim 4, in which the tabs are manually releasable to disengage from the slots.

6. The modular vacuum toilet of claim 1, in which a rinse fluid pipe communicates between the rinse fluid valve outlet and the rinse fluid dispenser, wherein the rinse fluid pipe is releasably attached to the rinse fluid valve outlet with a coupling.

7. The modular vacuum toilet of claim 6, in which the coupling is manually releasable.

8. The modular vacuum toilet of claim 1, in which a transfer pipe has a first end connected to the discharge valve inlet, and a second end adapted to releasably engage the bowl outlet.

9. The modular vacuum toilet of claim 8, in which the second end of the transfer pipe includes a collar sized to releasably engage and seal with the bowl outlet.

10. The modular vacuum toilet of claim 1, in which a rinse fluid line communicates between the rinse fluid valve inlet

US 6,536,055 B2

11

and the source of rinse fluid, wherein the rinse fluid valve inlet is releasably connected to the rinse fluid line with a coupling.

11. The modular vacuum toilet of claim 10, in which the coupling is manually releasable.

12. The modular vacuum toilet of claim 1, in which a discharge pipe communicates between the discharge valve outlet and the sewer line, wherein the discharge pipe is adapted for releasable connection to the sewer line.

13. The modular vacuum toilet of claim 1, in which the support structure includes a bracket, and in which fasteners are provided for releasably securing the valve set module to the bracket.

14. The modular vacuum toilet of claim 13, in which the fasteners comprise knurled screws.

15. A method of servicing a modular vacuum toilet in which the toilet has a first line replaceable unit including a waste receptacle for receiving waste and being supported by a support structure, the waste receptacle defining an outlet and having a rinse fluid dispenser associated therewith; the toilet further including a discharge valve having an inlet in fluid communication with the receptacle outlet, an outlet in fluid communication with a sewer line placeable under partial vacuum pressure, and a moveable discharge valve member disposed between the discharge valve inlet and the discharge valve outlet; a rinse fluid valve having an inlet in fluid communication with a source of rinse fluid, an outlet in fluid communication with the rinse fluid dispenser, and a moveable rinse fluid valve member disposed between the rinse fluid valve inlet and the rinse fluid valve outlet; and a flush control unit adapted to control actuation of the discharge valve member and rinse fluid valve member; in which at least two of the discharge valve, rinse fluid valve, and flush control unit are provided as a valve set forming a second line replaceable unit, the method comprising:

replacing the first line replaceable unit with a new first line replaceable unit independently of the toilet and the second line replaceable unit or the second line replaceable unit with a new second line replaceable unit independently of the toilet and the first line replaceable unit.

16. The method of claim 15, in which the vacuum toilet comprises a stationary support structure, and in which the waste receptacle is adapted to releasably engage the support structure.

12

17. The method of claim 16, in which the support structure includes slots, and in which the waste receptacle includes tabs adapted to lockingly engage the slots, thereby to secure the waste receptacle in place.

18. The method of claim 17, in which the tabs are manually releasable to disengage from the slots.

19. The method of claim 15, in which the discharge valve, rinse fluid valve, and flush control unit are integrally provided in a valve set, and in which the valve set forms the second line replaceable unit.

20. The method of claim 15, in which a rinse fluid pipe communicates between the rinse fluid valve outlet and the rinse fluid dispenser, wherein the rinse fluid pipe is releasably attached to the rinse fluid dispenser with a coupling.

21. The method of claim 20, in which the coupling is manually releasable.

22. The method of claim 15, in which a transfer pipe has a first end connected to the discharge valve inlet, and a second end adapted to releasably engage the waste receptacle outlet.

23. The method of claim 22, in which the second end of the transfer pipe includes a collar sized to releasably engage and seal with the waste receptacle outlet.

24. The method of claim 15, in which a rinse fluid line communicates between the rinse fluid valve inlet and the source of rinse fluid, wherein the rinse fluid valve inlet is releasably connected to the rinse fluid line with a coupling.

25. The method of claim 24, in which the coupling is manually releasable.

26. The method of claim 15, in which a discharge pipe communicates between the discharge valve outlet and the sewer line, wherein the discharge pipe is adapted for releasable connection to the sewer line.

27. The method of claim 15, in which the vacuum toilet includes a support structure having a bracket, and in which fasteners are provided for releasably securing the valve set to the bracket.

28. The method of claim 27, in which the fasteners comprise knurled screws.

* * * * *

Kilpatrick Townsend & Stockton LLP
Emil W. Herich (SBN 116783)
9720 Wilshire Blvd.
Los Angeles, California 90212
Telephone: (310) 777-3730
Facsimile: (310) 388-5364

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MAG Aerospace Industries, Inc., a Delaware Corporation<br><br><br>v.<br><br>B/E Aerospace, Inc., a Florida Corporation | **CASE NUMBER** |
|---|---|
| PLAINTIFF(S) | CV13-06089 JFW (FFMx) |
| DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Emil W. Herich _____, whose address is Kilpatrick Townsend & Stockton LLP, 9720 Wilshire Blvd., Los Angeles, CA 90212 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG 2 0 2013 _____

By: _____
     Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                         SUMMONS

**COPY**

### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MAG Aerospace Industries, Inc., a Delaware Corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

B/E Aerospace, Inc., a Florida Corporation

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**

Kilpatrick Townsend & Stockton LLP
Emil W. Herich, Steven D. Moore, Erwin L. Cena
9720 Wilshire Blvd., Los Angeles, CA 90212
Telephone: (310) 777-3730

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employees' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV13-06089

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, Los Angeles County, Riverside County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, Los Angeles, Riverside County | Illinois |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Erwin Z. Chen_ DATE: _8/19/13_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |