KILPATRICK TOWNSEND & STOCKTON LLP
Emil W. Herich (SBN 116783)
eherich@kilpatricktownsend.com
9720 Wilshire Blvd.
Los Angeles, CA  90212
Telephone: (310) 777-3730
Facsimile:  (310) 388-5364

Steven D. Moore (SBN 290875)
smoore@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone: (415) 273-4741
Facsimile:  (415) 651-8510

*Attorneys for Plaintiff*
*MAG Aerospace Industries, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG AEROSPACE INDUSTRIES, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>B/E AEROSPACE, INC., a Florida Corporation,<br><br>Defendant. | **CASE NO. 2:13-cv-06089-SJO-FFM**<br><br>**DECLARATION OF MATTHEW C. HOLOHAN IN SUPPORT OF MAG'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION**<br><br>**Judge: Hon. Frederick F. Mumm**<br>**Courtroom: E – 9th Floor** |

DECLARATION OF MATTHEW C. HOLOHAN IN SUPPORT OF MAG'S *EX PARTE* APPLICATION
CASE NO. 2:13-cv-06089-SJO-FFM                                                                                                      1

I, Matthew C. Holohan, declare as follows:

1. I am an attorney at the law firm Kilpatrick Townsend & Stockton LLP, counsel of record for Plaintiff MAG Aerospace Industries, Inc. ("MAG") in the above-captioned lawsuit. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could competently testify regarding the matters stated herein.

2. I make this declaration in support of MAG's *Ex Parte* Application to Compel Deposition ("Application").

3. On August 14, 2014, MAG's counsel advised B/E's counsel orally of the timing and substance of MAG's Application during an in-person meet-and-confer.

4. On August 18, 2014, MAG's counsel again advised B/E's counsel orally of the timing and substance of MAG's Application via voicemail.

5. Attached hereto as Exhibit A is a true and correct copy of MAG Aerospace Industries, Inc.'s Amended Notice of Taking Rule 30(b)(6) Deposition of B/E Aerospace, Inc.

6. Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Jean-Marc Monteiro in the above-captioned lawsuit.

7. Attached hereto as Exhibit C is a true and correct copy of an email from Matthew C. Holohan to B/E's counsel dated August 18, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on August 19, 2014 in Denver, Colorado

*/s/ Matthew C. Holohan*
Matthew C. Holohan

CERTIFICATE OF SERVICE