IRELL & MANELLA LLP
Morgan Chu (70466)
MChu@irell.com
Andrei Iancu (184973)
AIancu@irell.com
Ben Haber (287085)
BHaber@irell.com
Melissa Rabbani
MRabbani@irell.com
Rachel Faulkner
RFaulkner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG Aerospace Industries, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> B/E Aerospace, Inc., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:13-cv-06089-SJO-FFM <br><br> **DEFENDANT B/E'S OPPOSITION TO MAG'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION** <br><br> Judge:       Hon. James Otero <br> Courtroom:  1 <br><br> Complaint Filed:   August 20, 2013 <br><br> **TO BE FILED UNDER SEAL** |