IRELL & MANELLA LLP
Morgan Chu (70466)
MChu@irell.com
Andrei Iancu (184973)
AIancu@irell.com
Ben Haber (287085)
BHaber@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG Aerospace Industries, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>B/E Aerospace, Inc.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:13-cv-06089-SJO-FFM<br><br>**DECLARATION OF BEN HABER IN SUPPORT OF DEFENDANT B/E'S OPPOSITION TO MAG'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION**<br><br>Judge:   Hon. James Otero<br>Courtroom:   1<br><br>Complaint Filed:   August 20, 2013 |

I, Benjamin Haber, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Defendant B/E Aerospace, Inc. in the above-referenced matter. I am licensed to practice law in the State of California and have appeared in the above-referenced matter. I am over the age of twenty-one (21) and have never been convicted of any felony or misdemeanor.

3116441

**DECLARATION OF BENJAMIN HABER IN SUPPORT OF DEFENDANT B/E'S OPPOSITION TO MAG'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION**

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from me in my capacity as counsel for the Defendant in this case to counsel for the Plaintiff, sent on August 14, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel for the parties in this case with emails sent between the dates of August 14, 2014 and August 19, 2014.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Defendant B/E Aerospace in this case and marked with Bates numbers BE-MAG-001-00104159 to BE-MAG-001-00104163.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Defendant B/E Aerospace in this case and marked with Bates numbers BE-MAG-001-00004275 to BE-MAG-001-00004292.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email chain between counsel for the parties in this case with emails sent on August 18, 2014.

Executed on August 21, 2014:

By: */s/ Benjamin Haber*
Benjamin Haber
IRELL & MANELLA LLP
Attorneys for Defendant
B/E Aerospace, Inc.

3116441

**DECLARATION OF BENJAMIN HABER IN SUPPORT OF DEFENDANT B/E'S OPPOSITION TO MAG'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION**