IRELL & MANELLA LLP
Morgan Chu (70466)
MChu@irell.com
Andrei Iancu (184973)
AIancu@irell.com
Ben Haber (287085)
BHaber@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG Aerospace Industries, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> B/E Aerospace, Inc., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:13-cv-06089-SJO-FFM <br><br> **DEFENDANT B/E'S APPLICATION TO CORRECT RECORD RE ECF NOS. 125 & 129** <br><br> Judge: Hon. Frederick F. Mumm <br> Courtroom: E, 9th Floor <br><br> Complaint Filed: August 20, 2013 |

1  Defendant B/E respectfully files this short application to correct the record
2  with respect to two specific findings in the Court's recent orders granting two *ex*
3  *parte* applications filed by Plaintiff MAG.

4  First, in ECF No. 129, the Court found that B/E's counsel made a "gratuitous
5  statement on the record" at the recent Monteiro deposition to the effect that the
6  Court has "the whole day" to deal with discovery disputes. *Id*. at 2 (referring to
7  Monteiro Depo. Tr. at 95:4-23). The comment was certainly inartfully phrased, but
8  was not meant to be disrespectful to the Court or its time. The attorneys were
9  discussing how to present the parties' dispute to the Court, and MAG's counsel
10 indicated that he would rather bring the dispute to the Court's attention "with full
11 briefing and record." The "whole day" comment in response from Defendant's
12 counsel was simply intended to mean that if the parties' dispute was presented to the
13 Court, the Court would have access to "the whole day" <u>of transcript</u>, as opposed to
14 merely the single colloquy about which Plaintiff's counsel was complaining at the
15 time. Counsel apologizes to the Court that his statement was poorly phrased, and
16 came across as meaning something very different than what was intended.

17 Second, in ECF No. 125, the Court found that B/E had violated the Court's
18 instruction that the parties simultaneously submit their respective briefs on a
19 separate discovery issue by no later than midnight on August 20, 2014. *Id.* at n.1.
20 Because B/E's papers contained MAG's confidential information and therefore
21 needed to be filed under seal, B/E could not file complete copies of its papers via the
22 Court's ECF system. However, B/E did fully comply with the Court's instructions
23 concerning the simultaneous exchange of briefs by emailing complete copies of its
24 papers both to MAG and to the Court by midnight on August 20, 2014.

25 In particular, B/E emailed complete copies of its papers to counsel for MAG
26 at 11:55 p.m. on August 20, 2014, and to the Court's chambers email address,
27 ffm_chambers@cacd.uscourts.gov, at 11:57 p.m. on August 20, 2014. *See* Exhs. A
28 & B attached hereto. B/E's 11:57 p.m. email to chambers was rejected due to the

1  size of the attachments.  *See* Exh. C.  Counsel for B/E then made several additional
2  unsuccessful attempts to email the documents to chambers, before successfully
3  emailing copies to chambers at 1:07 a.m. on August 21, 2014.  *See* Exhs. D-I.  B/E
4  also arranged for delivery of hard copies of its papers to chambers on the morning of
5  August 21, 2014.  B/E made no changes to its papers after sending copies to MAG's
6  counsel before the midnight deadline.

7  Dated: August 25, 2014     Respectfully submitted,

8          IRELL & MANELLA LLP

9          By: */s/ Andrei Iancu*

10         Andrei Iancu
        Attorneys for Defendant
11         B/E Aerospace, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on August 25, 2014, I caused a copy of the foregoing application to be served upon the following counsel of record:

**Erwin Lee Cena**
Kilpatrick Townsend and Stockton LLP
Suite 400 12730 High Bluff Drive
San Diego, CA 92130
858-350-6162
858-350-6111 (fax)
ecena@kilpatricktownsend.com

**Emil W Herich**
Kilpatrick Townsend and Stockton LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90212-2018
310-248-3830
310-860-0363 (fax)
eherich@kmwlaw.com

**Steven David Moore**
Kilpatrick Townsend and Stockton LLP
Two Embarcadero Center 8th Floor
San Francisco, CA 94111
415-576-0200
415-576-0300 (fax)
smoore@kilpatricktownsend.com

IRELL & MANELLA LLP

By: */s/ Melissa Sedrish Rabbani*
Melissa Sedrish Rabbani
Attorneys for Defendant
B/E Aerospace, Inc.