UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6089 SJO (FFMx) | Date | August 28, 2014 |
|---|---|---|---|
| Title | MAG AEROSPACE INDUSTRIES, INC. v. B/E AEROSPACE, INC. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER GRANTING APPLICATION TO CORRECT THE RECORD**

The Court has reviewed the notice of application to correct the record filed by defendant on August 25, 2014 relating to two orders recently entered by the Court. Given defendant's explanation, the Court finds it appropriate to amend the prior orders. The Court will reissue the orders deleting footnote 1 and the words "belatedly filed by" on page 1 of docket entry 125 and deleting the paragraph commencing on line 21 of page 2 of docket entry 129.

IT IS SO ORDERED.