UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG AEROSPACE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> B/E AEROSPACE, INC., <br><br> Defendant. | No. CV 13-6089 SJO (FFMx) <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE RE REMOVAL OF CERTAIN REDACTIONS IN DOCUMENT NUMBER 167 |

On September 16, 2014, the Court directed the parties to file in the public record redacted versions of documents which the parties had requested the Court to file under seal. Filed as document number 167 is a redacted version of defendant B/E's ex parte application for relief under protective order. The Court's review of the redactions suggest that: (1) the names of actual or potential customers were appropriately redacted; (2) lines 27-28 of page 7 were appropriately redacted; and (3) the redactions to Exhibits A, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V and W were appropriately made. The remaining redactions in document number 167 (the "excess redactions") do not appear to be appropriate. Given that plaintiff has designated this information as confidential, the Court orders plaintiff to show cause within 10 days of the date of this order, if any it has, why the excess redactions should not be made available to the public. To the extent

/ / /

/ / /

defendant desires to respond to plaintiff's submission, it may do so within 5 days thereafter.  Any submissions by plaintiff or defendant in response to this order may be filed under seal.

DATED:   October 8, 2014

      /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
  United States Magistrate Judge