UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAG AEROSPACE INDUSTRIES, INC., | ) ) ) | No. CV 13-6089 SJO (FFMx) |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE RE REMOVAL OF CERTAIN |
| v. | ) ) | REDACTIONS IN DOCUMENT NUMBER 162 |
| B/E AEROSPACE, INC., | ) ) | |
| Defendant. | ) ) ) | |

On September 16, 2014, the Court directed the parties to file in the public record redacted versions of documents which the parties had requested the Court to file under seal. Filed as document number 162 is a redacted version of the opposition of plaintiff MAG Aerospace to B/E's ex parte application for relief under protective order. The Court's review of the redactions suggests that the following redactions do not appear to be appropriate:

(1) Opposition to *Ex Parte Application*: the material redacted on line 21 of page 3, lines 23 through 28 of page 4, and all the material redacted on pages 5, 6 and 7;

(2) Declaration of Tim Morse: all the material redacted on page 2; and

(3) Exhibit A: no redacted version of Exhibit A has been filed, the parties are ordered to file a redacted version of Exhibit A forthwith.

///

The Court orders whichever party wishes the foregoing to remain out of the public record to show cause within 10 days of the date of this order, if any it has, why the foregoing redacted material should not be made available to the public. To the extent a party desires to respond to any submission in response to this order, it may do so within 5 days thereafter. Any submissions by plaintiff or defendant in response to this order may be filed under seal.

DATED: October 17, 2014

    /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge