1  IRELL & MANELLA LLP
   Morgan Chu (70466)
2  MChu@irell.com
3  Andrei Iancu (184973)
   AIancu@irell.com
4  Christopher Vanderlaan (155628)
5  CVanderlaan@irell.com
   Ben Haber (287085)
6  BHaber@irell.com
7  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
8  Telephone: (310) 277-1010
9  Facsimile: (310) 203-7199

10 Attorneys for Defendant
11 B/E Aerospace, Inc.

JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG Aerospace Industries, LLC., | **Case No. 2:13-cv-06089-SJO-FFM** |
| Plaintiff, | **[PROPOSED] FINAL JUDGMENT** |
| vs. | **Judge: Hon. S. James Otero** |
| B/E Aerospace, Inc., | **Courtroom: 1, 2nd Floor** |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] FINAL JUDGMENT

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters Final Judgment in this action as follows:

For the reasons stated in the Court's January 23, 2015 Order Granting Plaintiff's Motion for Summary Judgment As To Assignor Estoppel [Docket No. 260] And Granting In Part Defendant's Motion For Summary Judgment Of Noninfringement And Invalidity [Docket No. 261]:

1. Judgment is hereby entered in favor of Defendant B/E Aerospace Inc. and against Plaintiff MAG Aerospace Industries LLC on (a) all claims MAG asserted against B/E Aerospace Inc. and (b) B/E Aerospace Inc.'s Fourth, Fifth, and Sixth Counterclaims.

2. B/E Aerospace Inc.'s First, Second and Third Counterclaims seeking a judicial declaration and determination that each of the Asserted Patents are invalid are hereby dismissed.

3. ~~Plaintiff MAG Aerospace Industries, LLC. shall take nothing and all of its claims are dismissed on the merits with prejudice.~~

4. Defendant B/E Aerospace Inc. shall recover its costs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 23, 2015.

_S. James Otero_
Hon. S. James Otero
United States District Judge